# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; THE PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; and STATE OF WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; UNITED STATES OF AMERICA; DEPARTMENT OF THE INTERIOR; DOUGLAS BURGUM, Secretary of the Interior, in his official capacity; BUREAU OF OCEAN ENERGY MANAGEMENT; WALTER CRUICKSHANK, Acting Director of Bureau of Ocean Energy Management, in his official capacity; BUREAU OF LAND MANAGEMENT; JONATHAN RABY, State Director of the Bureau of Land Management, in his official capacity; UNITED STATES FISH AND WILDLIFE SERVICE; PAUL SOUZA, Regional Director of the United States Fish and Wildlife Service, in his official capacity; DEPARTMENT OF COMMERCE; HOWARD LUTNICK, Secretary of Commerce, in his official capacity; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; LAURA GRIMM, Chief of Staff of the National Oceanic and Atmospheric Administration, in her official capacity; | CASE NO. 1:25-cv-11221 |

NATIONAL MARINE FISHERIES SERVICE; EUGENIO PIÑEIRO SOLER, Director of the National Marine Fisheries Service, in his official capacity; UNITED STATES ARMY CORPS OF ENGINEERS; LIEUTENANT GENERAL WILLIAM H. "BUTCH" GRAHAM, JR., Chief of Engineers for the United States Army Corps of Engineers, in his official capacity; ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, Administrator of Environmental Protection Agency, in his official capacity; DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, Secretary of Agriculture, in her official capacity; DEPARTMENT OF ENERGY; CHRIS WRIGHT, Secretary of Energy, in his official capacity; DEPARTMENT OF THE TREASURY; and SCOTT BESSENT, Secretary of the Treasury, in his official capacity,

Defendants.

## ALLIANCE FOR CLEAN ENERGY NEW YORK'S MOTION TO INTERVENE

Now comes the Alliance for Clean Energy New York (ACE NY), by and through its undersigned counsel, Beveridge and Diamond P.C., and respectfully submits its Motion to Intervene in this suit to defend its members' interests as of right pursuant to Federal Rule of Civil Procedure 24(a)(2), or, alternatively, permissively pursuant to Federal Rule of Civil Procedure 24(b)(1)(B).

State Plaintiffs challenge the directive in the unlawful Presidential Memorandum entitled *Temporary Withdrawal of All Areas on the Outer Continental Shelf from Offshore Wind Leasing and Review of the Federal Government's Leasing and Permitting Practices for Wind Projects*, 90 Fed. Reg. 8,363 (Jan. 29, 2025) (Presidential Memorandum) to halt federal approvals of

wind-energy development and federal agencies' implementation of that directive. This Presidential Memorandum directs agencies to indefinitely and categorically abdicate wind energy federal permitting responsibilities assigned to them by their enabling statutes and implementing regulations.

The stoppage of federal wind permitting has greatly impaired ACE NY's members' interests in developing wind energy projects and is causing those members irreparable harm. ACE NY is comprised of various private companies and non-profit organizations interested in promoting clean energy and creating opportunities for growth in New York's clean energy economy. Accordingly, ACE NY should be allowed to intervene pursuant to Federal Rule of Civil Procedure 24(a)(2), or, alternatively, permissively pursuant to Federal Rule of Civil Procedure 24(b)(1)(B).

Counsel for ACE NY has met and conferred with counsel for the parties in this matter. State Plaintiffs do not oppose this motion. Federal Defendants reserve their position on intervention until they are able to review ACE NY's filings.

Attached as exhibits to this motion are the following:

ACE NY's Memorandum of Law In Support of Motion to Intervene

Declaration of Marguerite Wells, Executive Director of ACE NY

ACE NY's Proposed Complaint in Intervention

ACE NY's Corporate Disclosure Statement

Proposed Order Granting ACE NY Motion to Intervene

Wherefore, and for the reasons set forth in the accompanying Memorandum, the Alliance for Clean Energy New York's respectfully moves that the Court issue an order granting its Motion to Intervene in support of State Plaintiffs.

Dated: May 7, 2025

                                                                           Respectfully submitted,

                                                          BEVERIDGE & DIAMOND, P.C.

                                                          */s/ Brook J. Detterman*
                                                          Brook J. Detterman, BBO No. 675396
                                                          James M. Auslander, *pro hac vice pending*
                                                          155 Federal Street
                                                          Suite 1600
                                                          Boston, MA 02110-1716
                                                          (617) 419-2345
                                                          bdetterman@bdlaw.com
                                                          jauslander@bdlaw.com

                                                          *Attorneys for Intervenor-Plaintiff*
                                                          *Alliance for Clean Energy New York*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on May 7, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                          BEVERIDGE & DIAMOND, P.C.

                                                          */s/ Brook J. Detterman*
                                                          Brook J. Detterman, BBO No. 675396
                                                          155 Federal Street
                                                          Suite 1600
                                                          Boston, MA 02110-1716
                                                          (617) 419-2345
                                                          bdetterman@bdlaw.com