UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; THE PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; and STATE OF WASHINGTON,<br><br>        Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; UNITED STATES OF AMERICA; DEPARTMENT OF THE INTERIOR; DOUGLAS BURGUM, Secretary of the Interior, in his official capacity; BUREAU OF OCEAN ENERGY MANAGEMENT; WALTER CRUICKSHANK, Acting Director of Bureau of Ocean Energy Management, in his official capacity; BUREAU OF LAND MANAGEMENT; JONATHAN RABY, State Director of the Bureau of Land Management, in his official capacity; UNITED STATES FISH AND WILDLIFE SERVICE; PAUL SOUZA, Regional Director of the United States Fish and Wildlife Service, in his official capacity; DEPARTMENT OF COMMERCE; HOWARD LUTNICK, Secretary of Commerce, in his official capacity; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; LAURA GRIMM, Chief of Staff of the National Oceanic and Atmospheric Administration, in her official capacity; | Civil Action No. 1:25-cv-11221 |

NATIONAL MARINE FISHERIES SERVICE; EUGENIO PIÑEIRO SOLER, Director of the National Marine Fisheries Service, in his official capacity; UNITED STATES ARMY CORPS OF ENGINEERS; LIEUTENANT GENERAL WILLIAM H. "BUTCH" GRAHAM, JR., Chief of Engineers for the United States Army Corps of Engineers, in his official capacity; ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, Administrator of Environmental Protection Agency, in his official capacity; DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, Secretary of Agriculture, in her official capacity; DEPARTMENT OF ENERGY; CHRIS WRIGHT, Secretary of Energy, in his official capacity; DEPARTMENT OF THE TREASURY; and SCOTT BESSENT, Secretary of the Treasury, in his official capacity,

Defendants.

## RESPONSE TO MOTION FOR INTERVENTION

On May 7, 2025, proposed Intervenor Plaintiff Alliance for Clean Energy New York ("ACENY") filed a Motion to Intervene in this matter. (ECF No. 23). Federal Defendants have reviewed the Motion and its supporting documentation. Federal Defendants take no position on the Motion. By taking no position, Federal Defendants in no way waive or forfeit any defenses to ACENY's Complaint and reserve the right to raise all defenses by motion or other responsive pleading.

Respectfully submitted this 12th day of May, 2025.

        **ADAM R. F. GUSTAFSON**

        Acting Assistant Attorney General
        U.S. Department of Justice
        Environment & Natural Resources Division

        */s/ Michael K. Robertson*

        MICHAEL K. ROBERTSON (DC Bar No. 1017183)
        Trial Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        4 Constitution Square
        150 M Street NE
        Washington, DC 20002
        Tel: (202)-305-9609
        Email: Michael.Robertson@usdoj.gov

        PHILLIP R. DUPRÉ (TX Bar No. 24069650)
        Senior Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        Environmental Defense Section
        4 Constitution Square
        150 M Street NE
        Washington, DC 20002
        Tel: (202) 598-9530
        Email: Phillip.R.Dupre@usdoj.gov

        *Attorneys for Federal Defendants*