## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>        Defendants. | No. 25-cv-11221-FDS |

## **PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 7.1, plaintiffs New York, Massachusetts, Arizona, California, Colorado, Connecticut, Delaware, the District of Columbia, Illinois, Maine, Maryland, the People of the State of Michigan, Minnesota, New Jersey, New Mexico, Oregon, Rhode Island, and Washington (States) respectfully move for a preliminary injunction enjoining Agency Defendants from implementing, relying in whole or in part, or otherwise giving effect to Section 2(a) of the Presidential Memorandum entitled *Temporary Withdrawal of All Areas on the Outer Continental Shelf from Offshore Wind Leasing and Review of the Federal Government's Leasing and Permitting Practices for Wind Projects*, 90 Fed. Reg. 8363 (Jan. 29, 2025) (the Wind Directive), to halt or otherwise impede development of wind-energy projects in the States and off the coasts of the States.

The States satisfy the requirements for preliminary injunctive relief. First, the States are likely to succeed on the merits of their claims that the Wind Directive itself and the implementation of and reliance on the Wind Directive by Agency Defendants are unlawful in multiple respects. As explained in the accompanying memorandum of law, Agency Defendants' implementation of

and reliance on the Wind Directive violates the Administrative Procedure Act because it is arbitrary and capricious and violates the statutes governing wind-energy permitting and approvals. Additionally, the Wind Directive and Agency Defendants' implementation thereof are ultra vires.

Second, the States will suffer immediate irreparable harm absent preliminary relief. Agency Defendants' halt of wind-energy development will hinder the States' ability to secure reliable and affordable electricity; strand billions of dollars in States' investments and impede economic development; obstruct the States' abilities to meet their clean-energy and climate goals; and delay reductions in emissions that harm public health. Indeed, the threat of these harms has sharply mounted in recent weeks as Agency Defendants have frozen ongoing construction and chilled investment in pending wind-energy projects, and now threaten the very existence of the nascent offshore-wind industry in particular.

Third, the balance of the equities and public interest weigh heavily in favor of a preliminary injunction. The requested injunction will only require Agency Defendants to resume processing and issuing decisions on wind-energy permits and approvals, allowing for the lawful development of wind energy. On the other hand, without the requested injunction, Agency Defendants' continued implementation of and reliance on the Wind Directive will cause the States the irreparable harms described above. There is also a strong public interest in, and no countervailing interest against, stopping Agency Defendants' unlawful conduct.

The States further request that the Court exercise its discretion to waive posting bond under Rule 65(c). *See*, *e.g.*, *Int'l Assoc. of Machinists and Aerospace Workers v. Eastern Airlines*, 925 F.2d 6, 9 (1st Cir. 1991) (finding "ample authority for the proposition that the provisions of Rule 65(c) are not mandatory and that a district court retains substantial discretion to dictate the terms of an injunction bond"); *see also da Silva Medeiros v. Martin*, 458 F. Supp. 3d 122, 130

(D.R.I. 2020) (waiving bond where it would pose a hardship on petitioners and unduly restrict the federal rights at issue); *Pineda v. Skinner Services*, *Inc.*, 22 F.4th 47, 57 (1st Cir. 2021) (holding district court did not abuse its discretion when it did not require low-wage laborers to post a bond). To the extent a bond is required, plaintiffs request that the bond be nominal, consistent with the practice in this Circuit. *See Maine v. U.S. Dep't of Agriculture*, 1:25-cv-131, 2025 WL 1088946, at *29–30 (D. Me. Apr. 11, 2025) (collecting cases).

In support of this request for a preliminary injunction, the States rely on the memorandum of law, declarations, and evidence filed in support of this motion.

Wherefore, the States respectfully request that the Court enter a preliminary injunction in the form set forth in the proposed order attached to this motion.

Respectfully submitted,                                          May 12, 2025

**LETITIA JAMES**
   *Attorney General of New York*

By: */s/ Michael J. Myers*
Michael J. Myers*
   *Senior Counsel*
Laura Mirman-Heslin*
Rene F. Hertzog*
   *Assistant Attorneys General*
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2382
Michael.Myers@ag.ny.gov

*Counsel for the State of New York*

**ANDREA JOY CAMPBELL**
   *Attorney General of Massachusetts*

By: */s/ Turner H. Smith*
Turner H. Smith, BBO No. 684750
   *Assistant Attorney General & Deputy Chief*
Nathaniel Haviland-Markowitz**
   *Assistant Attorney General*
Jonathan Whitney, BBO No. 694760
   *Special Assistant Attorney General*
Energy and Environment Bureau
Office of the Attorney General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
Turner.Smith@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**KRISTIN K. MAYES**
*Attorney General of Arizona*

By: */s/ Mary M. Curtin*
Mary M. Curtin*
*Senior Litigation Counsel*
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333
Mary.Curtin@azag.gov

*Counsel for the State of Arizona*

**ROB BONTA**
*Attorney General of California*

By: */s/ Kate M. Hammond*
Kate M. Hammond*
*Deputy Attorney General*
Robert Swanson*
*Acting Supervising Deputy Attorney General*
Jamie Jefferson*
*Deputy Attorney General*
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 269-6531
Kate.Hammond@doj.ca.gov
Robert.Swanson@doj.ca.gov
Jamie.Jefferson@doj.ca.gov

*Counsel for the State of California*

**PHILIP J. WEISER**
*Attorney General of Colorado*

By: */s/ Carrie Noteboom*
Carrie Noteboom*
*Assistant Deputy Attorney General*
Jessica L. Lowrey*
*First Assistant Attorney General*
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6288 (Noteboom)
(720) 508-6167 (Lowrey)
Carrie.Noteboom@coag.gov
Jessica.Lowrey@coag.gov
FAX: (720) 508-6040

*Counsel for the State of Colorado*

**WILLIAM TONG**
*Attorney General of Connecticut*

By: */s/ Jill Lacedonia*
Jill Lacedonia*
*Assistant Attorney General*
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5250
Jill.Lacedonia@ct.gov

*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
  *Attorney General of Delaware*

By: /s/ *Ian R. Liston*
Ian R. Liston**
  *Director of Impact Litigation*
Vanessa L. Kassab**
  *Deputy Attorney General*
Ralph Durstein III**
  *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Ian.Liston@delaware.gov

*Counsel for the State of Delaware*

**BRIAN L. SCHWALB**
  *Attorney General of the District of Columbia*

By: /s/ *Estefania Y. Torres Paez*
Estefania Y. Torres Paez, BBO No. 705952
  *Assistant Attorney General*
Office of the Attorney General
for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
Estefania.TorresPaez@dc.gov

*Counsel for the District of Columbia*

**KWAME RAOUL**
  *Attorney General of Illinois*

By: /s/ *Jason E. James*
Jason E. James*
  *Assistant Attorney General*
Office of the Attorney General
Environmental Bureau
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
(217) 843-0322
Jason.James@ilag.gov

*Counsel for the State of Illinois*

**AARON M. FREY**
  *Attorney General of Maine*

By: /s/ *Robert Martin*
Robert Martin*
  *Assistant Attorney General*
6 State House Station
Augusta, ME 04333
(207) 626-8579
Robert.Martin@maine.gov

*Counsel for the State of Maine*

**ANTHONY G. BROWN**
  *Attorney General of Maryland*

By: /s/ *Steven J. Goldstein*
Steven J. Goldstein*
  *Assistant Attorney General*
Office of the Attorney General of Maryland
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6414
sgoldstein@oag.state.md.us

*Counsel for the State of Maryland*

**DANA NESSEL**
  *Attorney General of Michigan*

By: /s/ *Lucas Wollenzien*
Lucas Wollenzien**
Michael Moody**
  *Assistant Attorneys General*
Michigan Department of Attorney General
P.O. Box 30755
Lansing, MI 48909
(517) 335-7627
WollenzienL@michigan.gov
Moodym2@michigan.gov

*Counsel for the People of the State of Michigan*

**KEITH ELLISON**
    *Attorney General for the State of Minnesota*

By: */s/* Catherine Rios-Keating
Catherine Rios-Keating*
    *Special Assistant Attorney General*
Environmental and Natural Resources Division
445 Minnesota Street, Suite 1800
Saint Paul, MN 55101
(651) 300-7302
Catherine.Rios-Keating@ag.state.mn.us

*Counsel for Plaintiff State of Minnesota*

**RAÚL TORREZ**
    *Attorney General of New Mexico*

By: */s/ William Grantham*
William Grantham**
    *Assistant Attorney General*
408 Galisteo Street
Santa Fe, NM 87501
(505) 717-3520
wgrantham@nmdoj.gov

*Counsel for the State of New Mexico*


**PETER F. NERONHA**
    *Attorney General of Rhode Island*

By: */s/ Nicholas M. Vaz*
Nicholas M. Vaz, BBO No. 693629
    *Special Assistant Attorney General*
Office of the Attorney General
Environmental and Energy Unit
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Counsel for the State of Rhode Island*

**MATTHEW J. PLATKIN**
    *Attorney General for the State of New Jersey*

By: */s/ Terel L. Klein*
Terel L. Klein**
    *Deputy Attorney General*
Office of the Attorney General
25 Market Street, 7th Floor
Trenton, NJ 08625
(609) 376-2818
Terel.Klein@law.njoag.gov

*Counsel for the State of New Jersey*

**DAN RAYFIELD**
    *Attorney General of Oregon*

By: */s/ Paul Garrahan*
Paul Garrahan*
    *Attorney-in-Charge*
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

*Counsel for the State of Oregon*


**NICHOLAS W. BROWN**
    *Attorney General of Washington*

By: */s/ Yuriy Korol*
Yuriy Korol*
    *Assistant Attorney General*
Washington Attorney General's Office
Environmental Protection Division
800 5th Ave Ste. 2000 TB-14
Seattle, WA 98104-3188
(206) 332-7098
Yuriy.Korol@atg.wa.gov

*Counsel for the State of Washington*

*admitted pro hac vice
**pro hac vice application forthcoming

**CERTIFICATE OF SERVICE & RULE 7.1 CERTIFICATION**

I, Turner H. Smith, certify that this document was filed through the CM/ECF system on May 12, 2025, and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF). I also certify that on May 8, 2025, I conferred with counsel for Defendants, who have indicated they plan to oppose this motion.

/s/ *Turner H. Smith*__
Turner H. Smith