IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States *et al.*,<br><br>*Defendants.* | No. 1:25-cv-11221-FDS |

**[PROPOSED] PRELIMINARY INJUNCTION**

This matter comes before the Court on the motion of plaintiffs New York, Massachusetts, Arizona, California, Colorado, Connecticut, Delaware, District of Columbia, Illinois, Maine, Maryland, the People of the State of Michigan, Minnesota, New Jersey, New Mexico, Oregon, Rhode Island, and Washington ("States") for a preliminary injunction. Having reviewed the States' complaint and the memorandum of law, declarations, and evidence in support of the motion, as well as any papers filed in opposition to this motion, and in accordance with Federal Rule of Civil Procedure 65, and for good cause shown, the Court finds that the States have satisfied the requirements for the issuance of a preliminary injunction because: (1) the States have established a substantial likelihood of success on the merits of their claims; (2) the States will be irreparably harmed absent a preliminary injunction; and (3) the public interest and balance of the equities strongly favor entry of a preliminary injunction.

It is hereby ORDERED that a PRELIMINARY INJUNCTION is entered in this case. It is further ORDERED that the Agency Defendants are enjoined from implementing, relying in whole or in part, or otherwise giving effect to Section 2(a) of the Presidential Memorandum

2

entitled *Temporary Withdrawal of All Areas on the Outer Continental Shelf from Offshore Wind Leasing and Review of the Federal Government's Leasing and Permitting Practices for Wind Projects*, 90 Fed. Reg. 8363 (Jan. 29, 2025), to halt or otherwise impede development of wind-energy projects in the States and off the coasts of the States, until further order issued by the Court.

                                                                                                                  _____
                                                                                                                 Hon. F. Dennis Saylor, IV
                                                                                                                 Chief Judge, United States District Court