## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al,*  Plaintiffs,  v.  DONALD J. TRUMP, *et al*,  Defendants. | No. 1:25-cv-11221-FDS |

## [PROPOSED] ORDER

Having considered the Alliance for Clean Energy New York's (ACE NY) Motion for Preliminary Injunction in this matter, it is this ___ day of _____, 2025, **ORDERED** that ACE NY's Motion is **GRANTED.** It is hereby **ORDERED** that the United States and Agency Defendants and their officers, employees, servants, agents, appointees, and successors are enjoined from implementing or otherwise relying on section 2(a) of the Presidential Memorandum entitled *Temporary Withdrawal of All Areas on the Outer Continental Shelf from Offshore Wind Leasing and Review of the Federal Government's Leasing and Permitting Practices for Wind Projects*, 90 Fed. Reg. 8363 (Jan. 29, 2025), in whole or in part, to halt or otherwise impede development of wind energy projects nationwide, until further order issued by the Court.

_____
Hon. F. Dennis Saylor, IV
Chief Judge, United States District Court