UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; THE PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; and STATE OF WASHINGTON,<br><br>        Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; UNITED STATES OF AMERICA; DEPARTMENT OF THE INTERIOR; DOUGLAS BURGUM, Secretary of the Interior, in his official capacity; BUREAU OF OCEAN ENERGY MANAGEMENT;WALTER CRUICKSHANK, Acting Director of Bureau of Ocean Energy Management, in his official capacity; BUREAU OF LAND MANAGEMENT; JONATHAN RABY, State Director of the Bureau of Land Management, in his official capacity; UNITED STATES FISH AND WILDLIFE SERVICE; PAUL SOUZA, Regional Director of the United States Fish and Wildlife Service, in his official capacity; DEPARTMENT OF COMMERCE; HOWARD LUTNICK, Secretary of Commerce, in his official capacity; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; LAURA GRIMM, Chief of Staff of the National Oceanic and Atmospheric Administration, in her official capacity; | Civil Action No. 1:25-cv-11221 |

NATIONAL MARINE FISHERIES
SERVICE; EUGENIO PIÑEIRO SOLER,
Director of the National Marine
Fisheries Service, in his official capacity;
UNITED STATES ARMY CORPS OF
ENGINEERS; LIEUTENANT GENERAL
WILLIAM H. "BUTCH" GRAHAM, JR.,
Chief of Engineers for the United
States Army Corps of Engineers, in his
official capacity; ENVIRONMENTAL
PROTECTION AGENCY; LEE ZELDIN,
Administrator of Environmental Protection
Agency, in his official capacity;
DEPARTMENT OF AGRICULTURE;
BROOKE ROLLINS, Secretary of
Agriculture, in her official capacity;
DEPARTMENT OF ENERGY; CHRIS
WRIGHT, Secretary of Energy, in his official
capacity; DEPARTMENT OF THE
TREASURY; and SCOTT BESSENT,
Secretary of the Treasury, in his official
capacity,

        Defendants.

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTIONS FOR PRELIMINARY INJUNCTION AND FOR ENLARGEMENT OF PAGE LIMITATION WITH MEMORANDUM OF REASONS

Federal Defendants respectfully move the Court for a four-week extension of the response time provided in Local Rule 7.1 (b)(2) to allow Defendants six weeks to respond to Plaintiffs' and proposed Intervenor Alliance for Clean Energy New York's (ACE NY) voluminous filings in support of their motions for preliminary injunctive relief. Additionally, Defendants request a 30-page enlargement of the page limit provided in Local Rule 7.1 (b)(4) to allow Defendants a total of 50 pages to present a consolidated response to Plaintiffs' and ACE NY's motions. Plaintiffs and ACE NY oppose Defendants' time extension request but do not oppose Defendants' page enlargement request.

Defendants have prepared an attached proposed order and forthcoming memorandum in support and respectfully request expedited consideration of this Motion.

Respectfully submitted this 14th day of May 2025.

        **ADAM R. F. GUSTAFSON**

        Acting Assistant Attorney General
        U.S. Department of Justice
        Environment & Natural Resources Division

        */s/ Michael K. Robertson*

        MICHAEL K. ROBERTSON (DC Bar No. 1017183)
        Trial Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        4 Constitution Square
        150 M Street NE
        Washington, DC 20002
        Tel: (202)-305-9609
        Email: Michael.Robertson@usdoj.gov

        PHILLIP R. DUPRÉ (TX Bar No. 24069650)
        Senior Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        Environmental Defense Section
        4 Constitution Square
        150 M Street NE
        Washington, DC 20002
        Tel: (202) 598-9530
        Email: Phillip.R.Dupre@usdoj.gov

        *Attorneys for Federal Defendants*