# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW YORK; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; THE PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; and STATE OF WASHINGTON,

       Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; UNITED STATES OF AMERICA; DEPARTMENT OF THE INTERIOR; DOUGLAS BURGUM, Secretary of the Interior, in his official capacity; BUREAU OF OCEAN ENERGY MANAGEMENT;WALTER CRUICKSHANK, Acting Director of Bureau of Ocean Energy Management, in his official capacity; BUREAU OF LAND MANAGEMENT; JONATHAN RABY, State Director of the Bureau of Land Management, in his official capacity; UNITED STATES FISH AND WILDLIFE SERVICE; PAUL SOUZA, Regional Director of the United States Fish and Wildlife Service, in his official capacity; DEPARTMENT OF COMMERCE; HOWARD LUTNICK, Secretary of Commerce, in his official capacity; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; LAURA GRIMM, Chief of Staff of the National Oceanic and Atmospheric Administration, in her official capacity;

Civil Action No. 1:25-cv-11221

NATIONAL MARINE FISHERIES
SERVICE; EUGENIO PIÑEIRO SOLER,
Director of the National Marine
Fisheries Service, in his official capacity;
UNITED STATES ARMY CORPS OF
ENGINEERS; LIEUTENANT GENERAL
WILLIAM H. "BUTCH" GRAHAM, JR.,
Chief of Engineers for the United
States Army Corps of Engineers, in his
official capacity; ENVIRONMENTAL
PROTECTION AGENCY; LEE ZELDIN,
Administrator of Environmental Protection
Agency, in his official capacity;
DEPARTMENT OF AGRICULTURE;
BROOKE ROLLINS, Secretary of
Agriculture, in her official capacity;
DEPARTMENT OF ENERGY; CHRIS
WRIGHT, Secretary of Energy, in his official
capacity; DEPARTMENT OF THE
TREASURY; and SCOTT BESSENT,
Secretary of the Treasury, in his official
capacity,

        Defendants.

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO MOTIONS FOR PRELIMINARY INJUNCTION AND FOR
ENLARGEMENT OF PAGE LIMITATION**

Upon consideration of Defendants' Motion for Extension of Time to File Response to

Motions for Preliminary Injunction and for Enlargement of Page Limitation, and for good cause

shown, the Court hereby GRANTS the Motion.  Defendants shall file a consolidated response

brief of up to 50 pages in length in response to Plaintiffs' Motion for a Preliminary Injunction,

(ECF No. 53), and Proposed Intervenor's Motion for a Preliminary Injunction, (ECF No. 55),

should the Court grant Proposed Intervenor's Motion to Intervene.  Defendants' brief shall be

filed on or before June 23, 2025.

3

SO ORDERED.

_____

Judge William G. Young