

May 16, 2025

To whom it may concern,

I am paying a pro hac vice fee for Julie Forgie, ECF No. 82 in State of New York v. Donald J. Trump et al, 1:25-cv-11221.

Please note that Julia Forgie will represent the following groups upon her appearance, as the motion states:

1. Citizens Campaign for the Environment,
2. Environmental Protection Information Center,
3. Natural Resources Defense Council, and
4. New York League of Conservation Voters

Thank you, Erica Fuller

Erica Fuller
Senior Counsel
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
efuller@clf.org
508-400-9080