AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of New York et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-11221- |
| Donald Trump et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

*Amici Curiae* Citizens Campaign for the Environment, Environmental Protection Information Center, Natural Resources Defense Council, and New York League of Conservation Voters.

Date: 05/16/2025

Jared E. Knicley
*Attorney's signature*

Jared E. Knicley, DC Bar 1027257
*Printed name and bar number*
Natural Resources Defense Council
1152 15th St. NW, Suite 300
Washington, DC 20005
*Address*

jknicley@nrdc.org
*E-mail address*

(202) 513-6242
*Telephone number*

(415) 795-4799
*FAX number*