# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STATE OF NEW YORK, ET AL., <br><br>     *Plaintiffs*, <br><br>     v. <br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br>     *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 25-cv-11221-WGY |

## DECLARATION OF JESSICA STROMBERG

I, Jessica Stromberg, declare as follows:

1.    I am the Acting Associate Director of the Office of Renewable Energy Programs (OREP) within the Department of the Interior's (DOI) Bureau of Ocean Energy Management (BOEM). OREP is responsible for the issuance of renewable energy leases and the review and approval of site assessment plans (SAPs) and construction and operations plans (COPs) on the Outer Continental Shelf. I have served as the Acting Associate Director of BOEM OREP since May 1, 2025. Prior to that I served as the Chief of the Environment Branch for Renewable Energy within OREP.

2.    Under the Outer Continental Shelf Lands Act, 43 U.S.C. § 1331 *et seq.* (OCSLA), DOI is responsible for the administration of energy and mineral exploration and development on the Outer Continental Shelf. The responsibilities for issuing renewable energy leases and associated easements and rights-of-way under OCSLA and its implementing regulations at 30 C.F.R. Pt. 585 have been delegated to BOEM. The process by which BOEM fulfills these

responsibilities is summarized in BOEM's December 2016 publication titled *A Citizen's Guide to the Bureau of Ocean Energy Management's Renewable Energy Authorization Process*, a true and correct copy of which is attached as Exhibit A. While BOEM's regulations provide for certain administrative time periods during this process—such as 30 C.F.R.§ 585.102(c)'s requirement that BOEM document in writing any oral directive within 10 business days; § 585.211(a)'s requirement for a 45-day comment period for information and nominations for leasing; and §585.211(c)'s requirement of a 60-day comment period following a proposed lease sale—neither BOEM's regulations nor OCLSA attach any mandatory time periods for completion for any of BOEM's review or decision on activities on a lease or for a lessee to receive approval of those activities.

3.      As part of my duties as Acting Associate Director of OREP, I supervise staff who conduct the review of COPs and other plans for activities on outer continental shelf (OCS) renewable energy leases, manage the procedure for complying with various environmental review statutes, coordinate the review of submissions to BOEM from lessees pursuant to conditions of approval, process lease adjudication issues such as lease assignments, provide technical support to the Bureau of Safety and Environmental Enforcement (BSEE) regarding their reviews of plans submitted under already approved COPs, and generally manage other responsibilities in compliance with OCSLA.

4.      On January 20, 2025, President Trump issued a Presidential Memorandum titled *Temporary Withdrawal of All Areas on the Outer Continental Shelf from Offshore Wind Leasing and Review of the Federal Government's Leasing and Permitting Practices for Wind Projects* (Wind Memo).

5.      Section 2(a) of the Wind Memo directed several agencies, including DOI, to "not issue new or renewed approvals, rights of way, permits, leases, or loans for onshore or offshore

wind projects pending the completion of a comprehensive assessment and review of Federal wind leasing and permitting practices." Further, Section 2(a) of the Wind Memo directed DOI to lead that assessment and include the consideration of "the environmental impact of onshore and offshore wind projects upon wildlife, including, but not limited to, birds and marine mammals" and "the economic costs associated with the intermittent generation of electricity and the effect of subsidies on the viability of the wind industry."

6.      OREP posted a notice on BOEM's renewable energy lease and grant information web page stating "[t]he Department of the Interior and BOEM are implementing President Trump's memorandum temporarily halting offshore wind leasing on the Outer Continental Shelf. The memorandum also pauses new or renewed approvals, rights-of-way, permits, leases, or loans for offshore wind projects pending a review of federal wind leasing and permitting practices."  A true and correct copy of the webpage with this notice is attached as Exhibit B.

7.       OREP staff continue to review applications and complete other day-to-day tasks related to the offshore wind program including but not limited to regular communications with lessees, State officials, and cooperating agencies to provide information about OREP's review of applications and to answer questions about the Wind Memo and processing of COPs and other submissions required by already approved COPs.

8.      An example of these day-to-day tasks includes the processing of public comments submitted to OREP on the Vineyard Mid-Atlantic Notice of Intent to prepare an Environmental Impact Statement (EIS) in lieu of the postponed virtual public meeting. A true and correct copy of the notice postponing the Vineyard Mid-Atlantic virtual public meeting is attached as Exhibit C. I am also aware that the Pacific Regional Office has processed comments submitted on the California Offshore Wind Programmatic EIS in lieu of the postponed virtual public meeting. A true and correct copy of the notice postponing the California Offshore Wind Programmatic EIS

virtual public meeting is attached as Exhibit D.

9.      OREP also updated the FAST-41 permitting dashboard for the SouthCoast Wind

project to reflect September 23, 2025, as a revised estimated completion date of environmental

review and permitting.  Work on those items is ongoing.  SouthCoast Wind has not engaged

BOEM in the dispute resolution process provided by the FAST Act on this or any other aspect of

project development.

10.      Day-to-day work is also continuing for the Bluepoint Wind project, and BOEM's

processing of the COP for this project is continuing on schedule. While DOI prepared a

coordinated project plan in compliance with the FAST Act, DOI delayed, however, submission of

the FAST-41 coordinated project plan and permitting timetable for the Bluepoint Wind project to

the Permitting Council until completion of the assessments called for in the Wind Memo.

Bluepoint Wind has not engaged BOEM in the dispute resolution process provided by the FAST

Act on this or any other aspect of project development.

11.      Day-to-day work is also continuing for the Empire Wind Project. Attached as

Exhibit E is a true and correct copy of the May 19, 2025, amendment to the April 16, 2025

Director's Order to lift the halt on activities for the Empire Wind Project.


I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true

and correct.

Executed this 29th day of May, 2025

JESSICA
STROMBERG
Digitally signed by
JESSICA STROMBERG
Date: 2025.05.29
16:21:53 -04'00'

Jessica Stromberg
Acting Associate Director
BOEM, Office of Renewable Energy Programs

**EXHIBIT A**

A Citizen's Guide to the Bureau of Ocean Energy Management's Renewable Energy

Authorization Process

# A Citizen's Guide

TO THE BUREAU OF OCEAN ENERGY MANAGEMENT'S

RENEWABLE ENERGY AUTHORIZATION PROCESS

December 2016







# Overview

This guide is intended to help the public understand the Bureau of Ocean Energy Management's (BOEM) process for overseeing renewable energy projects on the Outer Continental Shelf (OCS) and to highlight opportunities for public involvement.

## About BOEM

BOEM is the Bureau within the U.S. Department of the Interior responsible for managing development of the nation's offshore energy resources in an environmentally and economically responsible way. BOEM promotes energy independence, environmental protection, and economic development through responsible, science-informed management of offshore energy resources.

## Introduction

The United States is experiencing increased interest in the development of marine energy projects using wind, wave, and ocean current technologies. These types of renewable energy sources can provide densely populated coastal communities with a clean source of electrical power while helping to diversify the U.S. electrical supply. For additional information on offshore renewable energy technology, see BOEM's "Offshore Renewable Energy Guide" at http://www.boem.gov/Offshore-Renewable-Energy-Guide/.

In 2016, the U.S. Department of Energy (DOE) estimated 10,800 gigawatts (GW) of offshore wind energy could be accessed within the 200 nautical miles (nm) Exclusive Economic Zone (EEZ) limit. DOE estimates offshore wind energy capacity recoverable given current technical capabilities to be 2,058 GW, with an energy generation potential almost double the electricity consumption of the United States.

## BOEM's Regulatory Authority for Renewable Energy Activities

BOEM is the federal agency responsible for issuing leases, easements, and rights-of-way for renewable energy projects on the OCS. The OCS is regulated by the Department of the Interior through the Outer Continental Shelf Lands Act (OCSLA). The OCS refers to the 3.2 billion acres of Federal submerged lands, subsoil, and seabed seaward of submerged lands under State jurisdiction, which in most cases begins three nm off the coastline.

BOEM's authority to oversee renewable energy development derives from amendments to subsection 8(p) of the OCSLA (43 U.S.C. 1337), as set forth in section 388(a) of the Energy Policy Act of 2005 (EPAct) (Pub. L. 109-58). The Secretary of the Interior delegated authority to BOEM to regulate activities that produce or support the production, transportation, or transmission of energy from sources other than oil and gas. BOEM published regulations governing its renewable energy program in 2009 (30 C.F.R. Part 585). For additional information on BOEM's renewable energy regulatory framework and associated guidelines, see http://www.boem/gov/National-and-Regional-Guidelines-for Renewable-Energy-Activities/.

## BOEM's Renewable Energy Oversight Process

### Types of Leases and Grants



A lease is an agreement authorizing the use of a designated portion of the OCS for renewable energy activities. There are three types of leases:

1. **Commercial lease** — for commercial activities that generate energy for sale and distribution.

2. **Limited lease** — for activities that support the production of energy, but do not result in the production of electricity for sale or distribution beyond a very limited threshold.

3. **Research lease** — reserved solely for States or Federal agencies conducting renewable energy research activities on the OCS.

A developer holding a lease is referred to as a lessee. A lease is an agreement that allows a prospective renewable energy developer to explore, develop, and, potentially, produce energy from renewable energy resources. A lease does not grant the lessee the right to construct any facilities; rather, the lease grants the right to develop a plan for use of the area for BOEM's review and potential approval — a Site Assessment Plan (SAP), Construction and Operations Plan (COP), or General Activities Plan (GAP). Activities proposed in a plan are subject to BOEM's approval after thorough environmental and technical reviews are conducted.

BOEM may also issue two types of grants associated with renewable energy projects:

**Right-of-Way (ROW)** — A ROW grant authorizes the installation of cables, pipelines, and associated facilities that involve the transportation or transmission of electricity or other energy produced from a renewable energy project that is not located on the OCS.



**Right-of-Use (RUE)** — A RUE grant authorizes the construction and maintenance of facilities or installations that support the production, transportation, or transmission of electricity or other energy produced from a renewable energy project in the OCS.

*Competitive vs. Non-Competitive Leasing*

The Energy Policy Act of 2005 requires that BOEM issue leases and grants on a competitive basis, unless it determines that there is no competitive interest in the proposed lease or grant. When only one developer has indicated interest in developing a given site, BOEM may issue a lease or grant non-competitively. If multiple developers express interest in leasing a given site, then BOEM proceeds with a competitive leasing process, which may ultimately result in a lease sale where developers can bid against each other to win the lease or grant.

### *Required Plans for Renewable Energy Activities*



- **Site Assessment Plan (SAP)** — The SAP describes how the lessee will conduct resource assessment activities, such as the installation of meteorological towers or buoys, and technology testing during the site assessment phase of the commercial lease. BOEM must approve the SAP before the lessee can install facilities or conduct activities described in the SAP.

- **Construction and Operations Plan (COP)** — The COP describes how the lessee will construct and operate a commercial wind project on a commercial lease. The COP includes a description of all planned facilities as well as a description of proposed construction activities, commercial operations, and conceptual decommissioning plans. BOEM must approve the COP before the lessee can install facilities or conduct commercial activities described in the COP.

- **General Activities Plan (GAP)** — The GAP describes how the lessee/grantee will construct and operate renewable energy facilities on a limited lease or ROW/RUE grant. The GAP includes a description of construction activities for all planned facilities, associated activities, and conceptual decommissioning plans. BOEM must approve the GAP before the lessee can install facilities or conduct activities described in the GAP.

### *The Leasing Process*

The following charts describe the various renewable energy authorization processes, noting opportunities for public involvement, for OCS project proposals. For offshore wind energy projects, BOEM has sole jurisdiction and determines whether to issue leases and approve projects. For marine hydrokinetic projects (such as wave or ocean current), BOEM and FERC have a shared jurisdiction where BOEM issues leases and oversees the siting of such projects, and FERC issues licenses and approves construction and operation of the projects.

# Chart 1
## BOEM TYPICAL AUTHORIZATION PROCESS FOR COMMERCIAL WIND ENERGY PROJECTS ON THE OUTER CONTINENTAL SHELF: COMPETITIVE
*Note: for illustrative purposes only*



1. **BOEM Issues a Request for Interest (RFI) to Determine Competitive Interest in a Potential Lease Area** *(in response to applicant's lease application)*

2. **BOEM Determines Competitive Interest**

3. **BOEM Publishes Call for Information and Nominations for interest in commercial wind energy leases and a Notice of Intent (NOI) to Prepare an Environmental Assessment to support BOEM's leasing and Site Assessment Plan (SAP) decision-making**

4. **BOEM Conducts Area Identification to delineate Wind Energy Area**

5. **BOEM Conducts National Environmental Policy Act (NEPA) Review and Consultations**

**Footnote:** *there can be some variances to this process (e.g., BOEM may issue a call and forgo the RFI stage.*

**PUBLIC INVOLVEMENT OPPORTUNITIES:**

 Published in the
*Federal Register*
www.federalregister.gov

 Posted on
BOEM's Website
www.boem.gov

 Public Comment
Period

 Public Meetings

**6. BOEM Lease Issuance**

a. BOEM Issues Proposed Sale Notice 

b. BOEM Issues Final Sale Notice 

c. BOEM Holds Lease Sale Auction

d. BOEM Awards Lease 

- Applicant cannot begin construction of wind facility until after Step 10

**7. Lessee Submits SAP; BOEM reviews proposed activities and approves, approves with modification, or disapproves SAP** 

**8. If SAP Approved, Lessee Conducts Site Assessment and Submits Construction and Operations Plan (COP)** 

**9. BOEM Conducts NEPA Review and Consultation, Review of COP Activities, and Technical Reviews** 

**10. BOEM Approves COP**  

- BOEM reviews Facility Design Report (FDR) and Fabrication and Installation Report (FIR) and may raise objections
- If all objections resolved, lessee can now begin project development/construction

# Chart 2
## BOEM TYPICAL AUTHORIZATION PROCESS FOR COMMERCIAL WIND ENERGY PROJECTS ON THE OUTER CONTINENTAL SHELF:
### NON-COMPETITIVE
*Note: for illustrative purposes only*



1. **BOEM Issues a Request for Interest (RFI) to Determine Competitive Interest in a Potential Lease Area** *(in response to applicant's lease application)*

2. **BOEM Determines No Competitive Interest**

*If the applicant submits only a Site Assessment Plan (SAP):*

3. **BOEM and Applicant Negotiate Lease Terms and Sign Lease**

4. **Lessee Submits a Site Assessment Plan (SAP)**

5. **BOEM Conducts Environmental Review Pursuant to National Environmental Policy Act (NEPA)**

6. **BOEM Approves the SAP**

7. **Lessee Submits Construction and Operations Plan (COP)**

*If the applicant submits a Construction and Operations Plan (COP) or a combined COP/SAP:*

3. **Applicant Submits a COP or COP/SAP**

4. **BOEM Conducts Environmental Review on COP or COP/SAP Pursuant to NEPA**

**PUBLIC INVOLVEMENT OPPORTUNITIES:**

 Published in the
*Federal Register*
www.federalregister.gov

 Posted on
BOEM's Website
www.boem.gov

 Public Comment
Period

 Public Meetings

**8. BOEM Conducts Environmental Review on COP Pursuant to NEPA**

   

**9. BOEM Approves COP** 

- BOEM reviews Facility Design Report (FDR) and Fabrication and Installation Report (FIR)
- If approved, lessee can now begin project development/construction

**5. BOEM and Applicant Negotiate Lease Terms and Sign Lease; BOEM Approves the COP or COP/SAP**

- BOEM reviews FDR and FIR
- If approved, lessee can now begin project development/construction

# Chart 3

**BOEM TYPICAL AUTHORIZATION PROCESS FOR MARINE HYDROKINETIC (WAVE, CURRENT) PROJECTS** *(Assumes Use of the FERC Integrated Licensing Process)*
*Note: for illustrative purposes only*



**1. BOEM Issues a Request for Interest (RFI) to Determine Competitive Interest in a Potential Lease Area** *(in response to applicant's lease application)*

### *If there is no competitive interest:*

**2. BOEM Publishes a Determination of No Competitive Interest (DNCI)**

### *If there is competitive interest:*

**2. BOEM Conducts Lease Sale**

a. BOEM Publishes Call for Information and Nominations for Interest in Commercial Hydrokinetic Energy Leases and a Notice of Intent to Prepare an Environmental Assessment to Support BOEM's Leasing and Site Assessment Plan Decision-Making

b. BOEM Performs Area Identification to Delineate Hydrokinetic Energy Area

  • Based on comments gathered in consultation with federal, tribal, state, local governments and others

c. BOEM Conducts National Environmental Policy Act (NEPA) Review and Consultations

d. BOEM Publishes Proposed and Final Sale Notices

e. BOEM Holds Sale and Evaluates Bids

f. BOEM Awards Lease
  • Applicant cannot begin construction of hydrokinetic facility until after Step 5

**3. Applicant/Lessee Submits a Site Assessment Plan (SAP) to BOEM and Pre-Application Document (PAD) to FERC**

**PUBLIC INVOLVEMENT OPPORTUNITIES:**


Published in the
*Federal Register*
www.federalregister.gov


Posted on
BOEM's Website
www.boem.gov


Public Comment
Period


Public Meetings

**4. BOEM and FERC Conduct Joint Environmental Review Pursuant to NEPA**

   

- Applicant/Lessee submits proposed Study Plan to FERC
- FERC issues Study Plan Determination
- Applicant/Lessee conducts studies
- Applicant/Lessee files Preliminary Licensing Proposal and License Application with FERC



*If there is no competitive interest:*

**5.** BOEM issues a lease and FERC issues a license 

*If there is competitive interest:*

**5.** FERC issues a license; BOEM synchronizes the lease term with FERC license term 

# Chart 4
## RIGHT-OF-WAY GRANT PROCESS FOR NON-COMPETITIVE PROJECTS
*Note: for illustrative purposes only*

In addition to issuing leases, BOEM has the authority to issue Right-of-Way (ROW) grants. These ROW grants enable applicants to connect renewable energy installations that are not located on the OCS to the electrical grid via transmission lines located on the OCS.



**PUBLIC INVOLVEMENT OPPORTUNITIES:**

 Published in the
*Federal Register*
www.federalregister.gov

 Posted on
BOEM's Website
www.boem.gov

 Public Comment
Period

 Public Meetings

**5.** BOEM and the Applicant
Negotiate Grant Terms and
BOEM Issues Grant; BOEM
Approves GAP, Possibly with
Modifications


**6.** BOEM Approves GAP,
Possibly with Modifications


*Given the precise geographic nature of ROW grant applications, BOEM finds it
unlikely that ROW proposals would be overlapping and subject to competition.
However, if there is competitive interest, BOEM will undertake a competitive
process for authorizing a ROW grant.*



## Renewable Energy Research and Understanding Potential Impacts

BOEM engages stakeholders and members of the public to gather available information and identify critical data gaps to ensure robust analysis of the impacts of proposed renewable energy activities on the OCS. BOEM's Environmental Studies Program acquires scientific information, often through partnerships with states, federal agencies, and academic institutions, to inform policy, decision-making and resource management. Research covers physical oceanography, atmospheric sciences, biology, protected species, social sciences and economics, submerged cultural resources, and environmental fates and effects. BOEM is a leading contributor to the growing body of scientific knowledge about the nation's marine and coastal environment. This information helps BOEM understand potential impacts leasing and development activities could have on the ocean environment, leading to responsible management.

*For environmental studies about offshore renewable energy technologies, visit BOEM's website at* http://www.boem.gov/Renewable-Energy-Environmental-Studies/ *and* http://www.boem.gov/Studies/ *or the U.S. Department of Energy's Pacific Northwest National Laboratory website* (http://tethys.pnnl.gov/).

## Stakeholder Engagement and Public Involvement

Stakeholder engagement is a cornerstone of BOEM's renewable energy program, and the bureau has developed a number of processes to facilitate coordination, collaboration, and outreach. BOEM's Renewable Energy Program focuses on providing opportunities for renewable energy development while minimizing and mitigating potential conflicts with environmental resources and other ocean users.

### *Intergovernmental Task Forces*

BOEM's primary mechanism for coordinating with governmental partners is its Intergovernmental Renewable Energy Task Forces. These Task Forces consist of federally recognized tribes, federal agencies, states, and local governments. Through each Task Force, BOEM actively seeks to involve relevant and affected governmental entities in the various stages of planning and project review. Though Task Forces are government-only bodies, all Task Force meetings are open to the public and each meeting is followed by public question-and-answer sessions led by BOEM. BOEM has established Task Forces in 14 coastal states to date. Task Forces serve as forums to:

- Coordinate planning to identify the most appropriate sites for renewable energy leasing and development activities.

- Provide education about BOEM's processes and permitting and statutory requirements as early in the planning process as possible.

- Exchange information about biological and physical resources, ocean uses, and priorities.

- Discuss BOEM's renewable energy activities throughout the four phases of its process: planning, leasing, site assessment, and construction and operations.

*More information about past and future meetings can be found at:* http://www.boem.gov/Renewable-Energy-State-Activities/.

### *Federal Register Notices*

BOEM often solicits public comment during major steps of its offshore renewable energy authorization process by publishing notices in the *Federal Register*. At different points in the process, BOEM may publish a Request for Interest (RFI), Call for Information and Nominations (Call), Notice of Intent (NOI) to prepare an Environmental Assessment (EA) or an Environmental Impact Statement (EIS), a Proposed Sale Notice (PSN), or a Notice of Availability (NOA) of an EA or EIS. When notices are published, public comments can be submitted through



Regulations.gov, and BOEM has a "one-stop-shop" webpage where it is easy to find any notices that are currently open for public comment: http://www.boem.gov/Submitting-Comments/.

### *National Environmental Policy Act (NEPA) Review*

The National Environmental Policy Act (NEPA) requires federal agencies to integrate environmental values into its decision-making processes by considering the environmental impacts of proposed actions and reasonable alternatives to those actions. The NEPA process is typically documented through either an Environmental Assessment (EA) or an Environmental Impact Statement (EIS) and its accompanying Record of Decision (ROD), which describes the agency's rationale in its decision-making.

One of the first steps in the NEPA process—**scoping**—solicits input from the public to inform the environmental analysis. When preparing an EA, the degree of public engagement is at the agency's discretion, and is typically scaled appropriately given the circumstances of the action. However, when preparing an EIS, the law requires the agency to provide several opportunities for public involvement, including a public comment period, public meetings, and an opportunity for public comment on the draft and final EISs. There is a 30-day waiting period after the publication of a Final EIS before the agency can publish a ROD, so there is an additional opportunity for public comment prior to a final agency

*Public scoping helps identify issues important to the public, including potential impacts to:*

- Archaeological/cultural sites
- Fisheries
- Historic properties
- Migratory species
- Native American interests
- Navigation/maritime commerce
- Protected species (such as marine mammals, birds, sea turtles, bats)
- Sensitive offshore habitats
- Socioeconomic issues and environmental justice
- Recreation and tourism
- Viewshed
- Aviation
- National security

decision during that process. For more information about NEPA, visit the Council on Environmental Quality's NEPA Guide: https://ceq.doe.gov/nepa/Citizens_Guide_Dec07.pdf.

BOEM's leasing and plan review decisions are subject to NEPA review. BOEM requests public comment as part of the environmental review process, such as during scoping and during the preparation of an EA or EIS.



BOEM solicits feedback to:

- Identify key issues to examine;

- Determine whether additional studies are necessary to inform BOEM's environmental reviews; and

- Determine whether to issue a lease and/or approve a plan, and, if so, which mitigation measures to include as lease stipulations or terms and conditions of plan approval.

### *Other Opportunities for Public Involvement*

There are a variety of opportunities for the public to receive updates about BOEM's offshore renewable energy activities:

- Review "Public Engagement Opportunities" on BOEM's website: http://www.boem.gov/Public-Engagement-Opportunities/.

- Subscribe to the email list for Stakeholder Announcements: http://goo.gl/6knce4.

- Read BOEM's *Federal Register* notices: http://www.boem.gov/Submitting-Comments/.

- Sign up for the BOEM Bulletin: http://www.boem.gov/BOEM-Bulletin/.

- Contact BOEM's External Affairs Liaison: http://www.boem.gov/uploadedFiles/External%20Affairs%20Liaison.pdf.

- Read BOEM's Notes to Stakeholders: http://www.boem.gov/Notes-to-Stakeholders/.

- Review online resources with FAQs, fact sheets, statistics, reports, and an online library at http://www.boem.gov/Renewable-Energy/.

- Attend NEPA public meetings.

- Attend public information meetings, outreach meetings and public Q&A sessions.

- Attend and observe Intergovernmental Task Force meetings.

- Refer to BOEM's Renewable Energy Program webpage for the most up-to-date information on OCS renewable energy activities: http://www.boem.gov/Renewable-Energy/.

## BOEM Coordination with Other Agencies

*BOEM has MOUs with the following federal agencies:*

- Bureau of Safety and Environmental Enforcement
- Federal Energy Regulatory Commission
- U.S. Coast Guard
- U.S. Army Corps of Engineers
- U.S. Department of Defense
- U.S. Fish and Wildlife Service

BOEM has established a number of mechanisms to collaborate with other agencies. For example, BOEM has developed Memoranda of Understanding (MOUs) with other federal agencies describing each agency's roles for reviewing renewable energy projects on the OCS, helping to streamline the leasing and permitting processes.

As mentioned previously, BOEM has also established Intergovernmental Renewable Energy Task Forces on a state-by-state basis to coordinate among states, tribes, local governments, and relevant federal agencies. At present, BOEM has established such Task Forces with Maine, Rhode Island, Massachusetts, New York, New Jersey, Delaware, Maryland, Virginia, South Carolina, North Carolina, Florida, Oregon, Hawaii, and California.



*States with Intergovernmental Task Forces*

For review of specific projects, BOEM establishes cooperating agency agreements with federal and state agencies so that the environmental review is complete and thorough. BOEM also conducts government-to-government consultation with federally-recognized tribes, and coordinates other required consultations pursuant to the National Historic Preservation Act, Endangered Species Act, the Magnuson-Stevens Fishery Conservation and Management Act, the Clean Water and Clean Air Acts, the Migratory Bird Treaty Act, and other important environmental statutes.

### Additional Information

For additional information, please contact:

    Bureau of Ocean Energy Management
    Office of Public Affairs
    1849 C Street, NW
    Washington, D.C. 20240
    Phone: (202) 208-6474
    BOEMPublicAffairs@boem.gov
    http://www.boem.gov/





BUREAU OF OCEAN ENERGY MANAGEMENT

1849 C Street, NW, Washington, D.C. 20240
(202) 208-6474
http://www.boem.gov

**EXHIBIT B**

Lease and Grant Information Webpage

**HOME  |  RENEWABLE ENERGY  |  LEASE AND GRANT INFORMATION**

# Lease and Grant Information

## What's New?

The Department of the Interior and BOEM are implementing *President Trump's memorandum* temporarily halting offshore wind leasing on the Outer Continental Shelf. The memorandum also pauses new or renewed approvals, rights-of-way, permits, leases, or loans for offshore wind projects pending a review of federal wind leasing and permitting practices.



*Interactive BOEM Leases and Planning Areas Maps*

## Overview

Below is a table of leases and grants that BOEM has executed since the inception of its renewable energy program, links to the necessary administrative forms and studies that have informed BOEM's wind energy lease sales, and access instructions for the most up-to-date lease information.

To review all up to date lease documents, including the original leases and any lease amendments that may have occurred after lease execution, please use the Data Center. BOEM, with the Bureau of Safety and Environmental Enforcement (BSEE) maintains a Data Center containing up-to-date leasing information including electronic copies of executed leases and grants, and approved administrative forms (e.g., Assignments, Relinquishments, Bonds). Copies of lease segregations, amendments and other decisions that affect lease status, ownership, location, terms and/or conditions can also be found on the Data Center. You can access the Data Center at the following link: https://www.data.boem.gov/Other/FileRequestSystem/ScanREnLeases.aspx.

To search by Lease Number in the Data Center, use the following query format: "RNNNNN" where R is the Region and N is the 5 digit lease number. If the lease number is less than five digits, then it should be proceeded by 0. Example: For Commercial Lease OCS-A 0487, input "A00487" into the "Lease Number" field. For Commercial Lease OCS-G 37334, input "G37334."

For more information on each lease, including the total acreage of the lease area, refer to the Interactive BOEM Leases and Planning Areas Maps.

Summary statistics for BOEM's offshore wind competitive auctions are available in this document.

| Lease or Grant Number | Lease or Grant Page | Authorization Resource Type | Resource Type | Lease Effective Year | Lessee or Grantee | Status |
|---|---|---|---|---|---|---|
| OCS-A 0472 | Deepwater Wind | Interim Policy Lease* | Wind | 2009 | Deepwater Wind, LLC | Expired |
| OCS-A 0473 | Fishermen's Energy of New Jersey LLC | Interim Policy Lease* | Wind | 2009 | Fishermen's Energy of New Jersey LLC | Expired |
| OCS-A 0474 | Bluewater Wind Delaware LLC | Interim Policy Lease* | Wind | 2009 | Bluewater Wind Delaware LLC | Relinquished |
| OCS-A 0475 | Bluewater Wind New Jersey Energy LLC | Interim Policy Lease* | Wind | 2009 | Bluewater Wind New Jersey Energy LLC | Relinquished |
| OCS-A 0478 | Cape Wind | Commercial Lease* | Wind | 2010 | Cape Wind Associates, LLC | Relinquished |
| OCS-A 0482 | GSOE I | Commercial Lease* | Wind | 2012 | GSOE I, LLC | Active |
| OCS-A 0483 | Coastal Virginia Offshore Wind Commercial | Commercial Lease* | Wind | 2013 | Virginia Electric and Power Company | Active |
| OCS-A 0486 | Revolution Wind | Commercial Lease* | Wind | 2013 | Revolution Wind, LLC | Active |
| OCS-A 0487 | Sunrise Wind | Commercial Lease* | Wind | 2013 | Sunrise Wind LLC | Active |
| OCS-A 0489 | US Wind | Commercial Lease* | Wind | 2014 | US Wind Inc. | Consolidated |
| OCS-A 0490 | US Wind | Commercial Lease* | Wind | 2014 | US Wind Inc. | Active |

| Lease or Grant Number | Lease or Grant Page | Authorization Resource Type | Resource Type | Lease Effective Year | Lessee or Grantee | Status |
|---|---|---|---|---|---|---|
| OCS-A 0495 | Florida Atlantic University Board of Trustees | Research Lease | Marine Hydrokinetic Wind | 2014 | Florida Atlantic University Board of Trustees | Relinquished |
| OCS-A 0497 | Coastal Virginia Offshore Wind Pilot Project | Research Lease* | Wind | 2015 | Virginia Department of Energy | Active |
| OCS-A 0498 | Ocean Wind 1 | Commercial Lease | Wind | 2016 | Ocean Wind LLC | Active |
| OCS-A 0499 | Atlantic Shores South | Commercial Lease | Wind | 2016 | Atlantic Shores Offshore Wind Project 1, LLC; Atlantic Shores Offshore Wind Project 2, LLC | Active |
| OCS-A 0500 | Bay State Wind | Commercial Lease | Wind | 2015 | Bay State Wind LLC | Active |
| OCS-A 0501 | Vineyard Wind 1 | Commercial Lease | Wind | 2015 | Vineyard Wind 1 LLC | Active |
| OCS-A 0506 | sea2shore: The Renewable Link | Right of Way Grant | Wind | 2014 | The Narragansett Electric Company | Active |
| OCS-A 0508 | Kitty Hawk North | Commercial Lease | Wind | 2017 | Kitty Hawk Wind, LLC | Active |
| OCS-A 0512 | Empire Wind | Commercial Lease | Wind | 2017 | Empire Offshore Wind LLC | Active |
| OCS-A 0517 | South Fork Wind | Commercial Lease | Wind | 2020 | South Fork Wind, LLC | Active |

| Lease or Grant Number | Lease or Grant Page | Authorization Resource Type | Resource Type | Lease Effective Year | Lessee or Grantee | Status |
|---|---|---|---|---|---|---|
| OCS-A 0519 | Skipjack | Commercial Lease* | Wind | 2018 | Skipjack Offshore Energy, LLC | Active |
| OCS-A 0520 | Beacon Wind | Commercial Lease | Wind | 2019 | Beacon Wind LLC | Active |
| OCS-A 0521 | SouthCoast Wind | Commercial Lease | Wind | 2019 | SouthCoast Wind Energy LLC | Active |
| OCS-A 0522 | Vineyard Northeast | Commercial Lease | Wind | 2019 | Vineyard Northeast LLC | Active |
| OCS-A 0530 | Sunrise Wind LLC | Commercial Lease | Wind | 2015 | Sunrise Wind LLC | Consolidated |
| OCS-A 0532 | Ocean Wind 2 | Commercial Lease | Wind | 2016 | Orsted North America Inc. | Active |
| OCS-A 0534 | New England Wind 1 | Commercial Lease | Wind | 2015 | Park City Wind LLC | Active |
| OCS-A 0537 | Bluepoint Wind | Commercial Lease | Wind | 2022 | Bluepoint Wind, LLC | Active |
| OCS-A 0538 | Attentive Energy | Commercial Lease | Wind | 2022 | Attentive Energy LLC | Active |
| OCS-A 0539 | Community Offshore Wind | Commercial Lease | Wind | 2022 | Community Offshore Wind, LLC | Active |
| OCS-A 0541 | Atlantic Offshore Wind | Commercial Lease | Wind | 2022 | Atlantic Shores Offshore Wind Bight, LLC | Active |
| OCS-A 0542 | Invenergy Wind | Commercial Lease | Wind | 2022 | Invenergy Wind Offshore LLC | Active |
| OCS-A 0544 | Vineyard Mid-Atlantic | Commercial Lease | Wind | 2022 | Vineyard Mid-Atlantic LLC | Active |

| Lease or Grant Number | Lease or Grant Page | Authorization Resource Type | Resource Type | Lease Effective Year | Lessee or Grantee | Status |
|---|---|---|---|---|---|---|
| | LLC | | | | | |
| OCS-A 0545 | TotalEnergies Carolina Long Bay, LLC | Commercial Lease | Wind | 2022 | TotalEnergies Carolina Long Bay, LLC | Active |
| OCS-A 0546 | Cinergy Corp | Commercial Lease | Wind | 2022 | Cinergy Corp | Active |
| OCS-A 0549 | Atlantic Shores North | Commercial Lease | Wind | 2022 | Atlantic Shores Offshore Wind, LLC | Active |
| OCS-A 0553 | State of Maine | Research Lease* | Wind | 2024 | State of Maine | Active |
| OCS-A 0557 | Central Atlantic | Commercial Lease | Wind | 2024 | Equinor Wind US, LLC | Active |
| OCS-A 0558 | Central Atlantic | Commercial Lease | Wind | 2024 | Virginia Electric and Power Co. | Active |
| OCS-A 0561 | New England Wind 2 | Commercial Lease | Wind | 2024 | Commonwealth Wind, LLC | Active |
| OCS-A 0562 | Gulf of Maine | Commercial Lease | Wind | 2024 | Invenergy NE Offshore Wind, LLC | Active |
| OCS-A 0564 | Gulf of Maine | Commercial Lease | Wind | 2024 | Avangrid Renewables, LLC | Active |
| OCS-A 0567 | Gulf of Maine | Commercial Lease | Wind | 2024 | Invenergy NE Offshore Wind, LLC | Active |
| OCS-A 0568 | Gulf of Maine | Commercial Lease | Wind | 2024 | Avangrid Renewables, LLC | Active |

| Lease or Grant Number | Lease or Grant Page | Authorization Resource Type | Resource Type | Lease Effective Year | Lessee or Grantee | Status |
|---|---|---|---|---|---|---|
| OCS-P 0560 | PacWave South | Research Lease* | Marine Hydrokinetic | 2021 | Oregon State University | Active |
| OCS-P 0561 | California | Commercial Lease | Wind | 2023 | RWE Offshore Wind Holdings, LLC | Active |
| OCS-P 0562 | California | Commercial Lease | Wind | 2023 | California North Floating LLC | Active |
| OCS-P 0563 | California | Commercial Lease | Wind | 2023 | Equinor Wind US LLC | Active |
| OCS-P 0564 | California | Commercial Lease | Wind | 2023 | Golden State Wind LLC | Active |
| OCS-P 0565 | California | Commercial Lease | Wind | 2023 | Invenergy California Offshore LLC | Active |
| OCS-G 37334 | Gulf of America | Commercial Lease | Wind | 2023 | RWE Offshore US Gulf, LLC | Active |

*non-competitive lease

## Lease and Grant Administration

BOEM maintains a series of forms related to the administration of BOEM leases and grants on the Outer Continental Shelf. These forms are available on the BOEM OCS Operation Forms webpage.

## BOEM Auction System

BOEM will begin using a new auction system for sales in 2024.  Information on the rules and login procedures can be found below:

- Auction Procedures for the Upcoming 2024 Offshore Wind Lease Sales, Version 1
- Auction Login and Authentication Procedures
- BOEM Auction System Tutorial - *(Please note that the file should be downloaded to get the full presentation & animation experience with presenter view to have voiceover text on screen for accessibility.)*
  - Video transcript

- Question and Answer on the BOEM Auction System



## Leasing Studies/Reports

BOEM has studied different auction systems for issuing renewable energy leases, easements, and rights-of-way on the Outer Continental Shelf (OCS). BOEM issued a contract to Power Auctions, LLC to study different types of auctions for this purpose. BOEM published the study in three parts, and is available at the links below:

- Auction Design For Wind Rights
- Multiple Factor Auction Design for Wind Rights
- Comparison of Auction Formats for Auctioning Wind Rights

BOEM also published a paper (Summary of Renewable Energy Auction Formats under Consideration by BOEM) to facilitate public comment on auction format options, as presented in the Auction Format Information Request (AFIR) published by BOEM in the Federal Register on December 2, 2011.

## Operating Fee

Addendum B in each commercial lease provides instructions for calculating the Operating Fee once a project begins commercial operations.  The first spreadsheet below includes the wholesale power prices BOEM will use to validate Operating Fee payments.  The second spreadsheet provides an Operating Fee calculation template.

- Power Prices for Operating Fee Calculations
- Lease Data Sheet Calculation Template

**EXHIBIT C**

Notice for Vineyard Mid-Atlantic Meetings

HOME | NEWSROOM

# Virtual Public Meetings Cancelled for Vineyard Mid-Atlantic Offshore Wind Project

**02/04/2025**

**Contact(s)**
**Alison Ferris**
(202) 230-3849

On Jan. 15, 2025, the Bureau of Ocean Energy Management (BOEM) published a Notice of Intent (NOI) in the Federal Register to prepare an Environmental Impact Statement (EIS) for a Construction and Operations Plan submitted by Vineyard Mid-Atlantic, LLC. The publication of the NOI opened a 45-day public comment period.

The Department of the Interior and BOEM are implementing President Trump's memorandum temporarily halting offshore wind leasing on the Outer Continental Shelf. The memorandum also pauses new or renewed approvals, rights-of-way, permits, leases, or loans for offshore wind projects pending a review of federal wind leasing and permitting practices.

As a result, the February virtual public meetings on BOEM's NOI to prepare an EIS for the proposed Vineyard Mid-Atlantic Project have been **cancelled**.

For those who intended to provide public comment, written comments can still be submitted at www.regulations.gov under Docket No. BOEM-2025-0002 until the public comment period closes on March 3rd, 2025.

For more information about the Vineyard Mid-Atlantic project, visit BOEM's website.

-- BOEM --

*The Department of the Interior's Bureau of Ocean Energy Management (BOEM) manages development of U.S. Outer Continental Shelf (OCS) energy, mineral, and geological*

*resources in an environmentally and economically responsible way.*

**EXHIBIT D**

Notice Postponing Meeting for California Offshore Wind PEIS

HOME | NEWSROOM

# POSTPONED: Public Meetings on Draft Environmental Review of Potential Mitigation of Future Development of Wind Lease Areas Offshore California

**01/28/2025  Camarillo, CA**

**Contact(s)**
**John Romero**
(805) 384-6324

## ** VIRTUAL MEETINGS POSTPONED **

Virtual public meetings on the Bureau of Ocean Energy Management's draft Programmatic Environmental Impact Statement (PEIS) for Potential Mitigation of Future Development of Wind Lease Areas Offshore California have been postponed. We will provide additional information as it becomes available.

For those who intended to provide public comment today, please submit those comments in writing to regulations.gov, docket No. BOEM-2023-0061.

The Department of the Interior and the Bureau of Ocean Energy Management are implementing the Administration's Presidential Memorandum (PM) temporarily halting offshore wind leasing on the Outer Continental Shelf. The PM also pauses new or renewed approvals, rights-of-way, permits, leases, or loans for offshore wind projects pending a review of federal wind leasing and permitting practices.

For information on BOEM's current offshore wind activities in California, please go to www.boem.gov/California.

# Reminder: Public Meetings on Draft Environmental Review of Potential Mitigation of Future Development of Wind Lease Areas Offshore California

On Nov. 13, 2024, the Bureau of Ocean Energy Management (BOEM) announced the notice of availability (NOA) of a draft Programmatic Environmental Impact Statement (EIS) that assesses the potential mitigation of future development associated with the five offshore wind lease areas off California's central and north coasts.

The NOA initiated a 90-day public comment period that ends at 11:59 p.m. Eastern Time on February 12, 2025. During the public comment period, BOEM is hosting two virtual public meetings to allow the public to learn more about the draft Programmatic EIS, ask questions, and provide oral testimony.

-- BOEM --

*The Department of the Interior's Bureau of Ocean Energy Management (BOEM) manages development of U.S. Outer Continental Shelf (OCS) energy, mineral, and geological resources in an environmentally and economically responsible way.*

**EXHIBIT E**

May 19, 2025 Order to Empire Wind



# United States Department of the Interior

### BUREAU OF OCEAN ENERGY MANAGEMENT
### WASHINGTON, DC 20240-0001

Amendment to Director's Order of April 16, 2025
May 19, 2025

Matthew Brotmann
Secretary
Empire Offshore Wind LLC
120 Long Ridge Road, Suite 3E01
Stamford, Connecticut 06902

Dear Mr. Brotmann,

On April 16, 2025, the Bureau of Ocean Energy Management issued a Director's Order to Empire Offshore Wind LLC to halt all ongoing activities related to the Empire Wind Project on the outer continental shelf. That Order is hereby amended to lift the halt on activities during the ongoing review.

If you have any questions, please contact David Diamond, Deputy Chief for Operations, Office of Renewable Energy Programs, at 703-787-1660 or david.diamond@boem.gov.

Sincerely,

WALTER
CRUICKSHANK

Digitally signed by WALTER
CRUICKSHANK
Date: 2025.05.19 16:19:25 -04'00'

Walter D. Cruickshank
Acting Director