AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| STATE OF NEW YORK, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-11221-WGY |
| DONALD J. TRUMP, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Delaware                                                                                                                    .

Date:    06/02/2025

/s/ Vanessa L. Kassab
*Attorney's signature*

Vanessa L. Kassab, pro hac vice
*Printed name and bar number*
820 N. French Street
Wilmington, DE 19801

*Address*

Vanessa.Kassab@delaware.gov
*E-mail address*

(302) 683-8881
*Telephone number*

(302) 577-6499
*FAX number*

Print     Save As...                                                                                                                Reset