**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF NEW YORK, et al., | |
| Plaintiffs, | |
| v. | No. 25-cv-11221-WGY |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Plaintiffs' Assented-to Motion for Leave to File a Supplemental Brief in Opposition to Defendants' Motion to Dismiss, and for good cause shown, the Court hereby GRANTS the Motion. Plaintiffs shall file a supplemental brief of no more than 10 pages, and accompanying declarations.

SO ORDERED.                                          _____
                                                              Judge William G. Young