

THE SECRETARY OF THE INTERIOR
WASHINGTON

**ORDER NO.** 3415

**Subject:** Temporary Suspension of Delegated Authority.

Sec. 1. **Purpose**. This Order is made for the purpose of implementing a targeted and time-limited elevation of relevant decisions at the Department of the Interior (Department) for the purpose of reviewing the questions in fact, law, and policy they raise. This Order ensures that the Department continues its existing operations-including operations necessary for health, safety, and national security matters-consistent with all legal obligations and policy goals, to uphold trust and treaty responsibilities to tribal nations, and to responsibly steward the Nation's public lands, waters, and resources for current and future generations.

Sec. 2. **Authority**. This Order is issued under the authority of section 2 of Reorganization Plan No. 3 of 1950 (64 Stat. 1262) and is consistent with 200 DM 1.

Sec. 3. **Suspension of Authority.** The delegations of authority to Department Bureaus and Offices to take any of the following actions are hereby temporarily suspended, but the actions may be approved by leadership identified in section 4. of this Order:

a. To publish, cause to be published, or aid in the publication of any notice in the Federal Register, including, but not limited to, notices of proposed or final agency action and actions taken in accordance with the National Environmental Policy Act;
b. To issue, revise, or amend Resource Management Plans under the authority of section 202 of the Federal Land Policy and Management Act, as amended;
c. To grant rights of way, easements, or any conveyances of property or interests in property, including land sales or exchanges, or any notices to proceed under previous surface use authorizations that will authorize ground-disturbing activities;
d. To approve plans of operation, or to amend existing plans of operation under the General Mining Law of 1872;
e. To issue any final decision with respect to R.S. 2477 claims, including recordable disclaimers of interest;
f. To appoint, hire, or promote personnel, or approve the appointment of any personnel, but this does not apply to seasonal hires or emergency work force personnel;
g. To issue any onshore or offshore renewable energy authorization, including but not limited to a lease, amendment to a lease, right of way, amendment to a right of way, contract, or any other agreement required to allow for renewable energy development. This does not limit existing operations under valid leases. It also does not apply to authorizations necessary to: (1) avoid conditions that might pose a threat to human health, welfare, or safety; or (2) to avoid adverse impacts to public land or mineral resources.

Sec. 4. **Implementation.** Any and all delegations of authority to take the actions set out in section 3 are temporarily suspended with respect to individuals other than a confirmed or Acting official in the following positions or a person who has delegated authority pursuant to Secretary's Order 3414 to exercise the authority associated with the following positions under current law and regulations:
  a. Secretary
  b. Deputy Secretary
  c. Solicitor
  d. Assistant Secretary - Policy, Management and Budget
  e. Assistant Secretary - Land and Minerals Management
  f. Assistant Secretary - Water and Science
  g. Assistant Secretary for Fish and Wildlife and Parks
  h. Assistant Secretary - Indian Affairs
  i. Assistant Secretary - Insular and International Affairs

Sec. 5. **Expiration Date.** This Order is effective immediately and will remain in effect for 60 days, or until any of its provisions are amended, superseded, or revoked.

*[signature: Walt D. Cill]*

**Walter Cruickshank**
Acting Secretary of the Interior

Date: January 20, 2025