# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>      Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>      Defendants. | Civil Action No. 1:25-cv-11221-WGY |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Phillip R. Dupré as counsel for Federal Defendants. A copy of this notice has been served upon Federal Defendants in accordance with Local Rule 83.5.2.(d). Federal Defendants will continue to be represented by Michael Robertson.

Dated: July 30, 2025

Respectfully submitted,

*/s/Phillip R. Dupré*
PHILLIP R. DUPRÉ
Senior Attorney (TX Bar No. 24069650)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202) 598-9530
Email: Phillip.R.Dupre@usdoj.gov