IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                      *Plaintiffs,*<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                      *Defendants.* | No. 1:25-cv-11221-WGY |

**PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7.1, plaintiffs New York, Massachusetts, Arizona, California, Colorado, Connecticut, Delaware, the District of Columbia, Illinois, Maine, Maryland, the People of the State of Michigan, Minnesota, New Jersey, New Mexico, Oregon, Rhode Island, and Washington (States) respectfully move for entry of summary judgment in their favor on their claims in Counts I and II of the Amended Complaint (ECF 141) that Agency Defendants violated the Administrative Procedure Act through their decisions to indefinitely pause all wind-energy permitting pending an extra-statutory assessment pursuant to § 2(a) of the Presidential Memorandum entitled *Temporary Withdrawal of All Areas on the Outer Continental Shelf from Offshore Wind Leasing and Review of the Federal Government's Leasing and Permitting Practices for Wind Projects*, 90 Fed. Reg. 8363 (Jan. 29, 2025) (Wind Directive) (ECF 165-2, 165-5, 165-7, 165-9). Specifically, each Agency Defendant's decision to indefinitely pause wind-energy permitting is arbitrary and capricious, contrary to law, and exceeds Agency Defendants' authority under numerous laws and regulations that require Agency Defendants to follow specific timelines and standards in permitting wind-energy projects.

In support of this summary judgment motion, the States rely on the memorandum of law, declarations, and evidence filed in support of this motion.

The Court has already scheduled a motion hearing on the parties' cross-motions for summary judgment for September 4, 2025, at 2:30 pm. ECF 157.

Wherefore, the States respectfully request that the Court vacate and set aside Agency Defendants' unlawful decisions to indefinitely pause all wind-energy permitting pursuant to the Wind Directive.

|  |  |
|---|---|
| Respectfully submitted, | August 8, 2025 |
| **LETITIA JAMES**<br>*Attorney General of New York* | **ANDREA JOY CAMPBELL**<br>*Attorney General of Massachusetts* |
| By: */s/ Michael J. Myers*<br>Michael J. Myers*<br>*Senior Counsel*<br>Laura Mirman-Heslin*<br>Rene F. Hertzog*<br>Joya C. Sonnenfeldt*<br>*Assistant Attorneys General*<br>Environmental Protection Bureau<br>The Capitol<br>Albany, NY 12224<br>(518) 776-2382<br>Michael.Myers@ag.ny.gov<br><br>*Counsel for the State of New York* | By: */s/ Turner H. Smith*<br>Turner H. Smith, BBO No. 684750<br>*Assistant Attorney General & Deputy Chief*<br>Nathaniel Haviland-Markowitz, BBO. No. 713940<br>*Assistant Attorney General*<br>Jonathan Whitney, BBO No. 694760<br>*Special Assistant Attorney General*<br>Energy and Environment Bureau<br>Office of the Attorney General<br>1 Ashburton Pl.<br>Boston, MA 02108<br>(617) 963-2277<br>Turner.Smith@mass.gov<br><br>*Counsel for the Commonwealth of Massachusetts* |

| | |
|---|---|
| **KRISTIN K. MAYES**<br>   *Attorney General of Arizona*<br><br>By: */s/ Mary M. Curtin*<br>Mary M. Curtin*<br>   *Senior Litigation Counsel*<br>Arizona Attorney General's Office<br>2005 North Central Avenue<br>Phoenix, AZ 85004<br>(602) 542-3333<br>Mary.Curtin@azag.gov<br><br>*Counsel for the State of Arizona* | **ROB BONTA**<br>   *Attorney General of California*<br><br>By: */s/ Kate M. Hammond*<br>Kate M. Hammond*<br>   *Deputy Attorney General*<br>Robert Swanson*<br>   *Acting Supervising Deputy Attorney General*<br>Jamie Jefferson*<br>   *Deputy Attorney General*<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>(213) 269-6531<br>Kate.Hammond@doj.ca.gov<br>Robert.Swanson@doj.ca.gov<br>Jamie.Jefferson@doj.ca.gov<br><br>*Counsel for the State of California* |
| **PHILIP J. WEISER**<br>   *Attorney General of Colorado*<br><br>By: */s/ Carrie Noteboom*<br>Carrie Noteboom*<br>   *Assistant Deputy Attorney General*<br>Jessica L. Lowrey*<br>   *First Assistant Attorney General*<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO  80203<br>(720) 508-6288 (Noteboom)<br>(720) 508-6167 (Lowrey)<br>Carrie.Noteboom@coag.gov<br>Jessica.Lowrey@coag.gov<br>FAX: (720) 508-6040<br><br>*Counsel for the State of Colorado* | **WILLIAM TONG**<br>   *Attorney General of Connecticut*<br><br>By: */s/ Jill Lacedonia*<br>Jill Lacedonia*<br>   *Assistant Attorney General*<br>165 Capitol Avenue<br>Hartford, CT 06106<br>(860) 808-5250<br>Jill.Lacedonia@ct.gov<br><br>*Counsel for the State of Connecticut* |

**KATHLEEN JENNINGS**
  *Attorney General of Delaware*

By: /s/ *Ian R. Liston*
Ian R. Liston*
  *Director of Impact Litigation*
Vanessa L. Kassab*
  *Deputy Attorney General*
Ralph Durstein III*
  *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Ian.Liston@delaware.gov

*Counsel for the State of Delaware*


**KWAME RAOUL**
  *Attorney General of Illinois*

By: /s/ *Jason E. James*
Jason E. James*
  *Assistant Attorney General*
Office of the Attorney General
Environmental Bureau
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
(217) 843-0322
Jason.James@ilag.gov

*Counsel for the State of Illinois*


**BRIAN L. SCHWALB**
  *Attorney General of the District of Columbia*

By: /s/ *Estefania Y. Torres Paez*
Estefania Y. Torres Paez, BBO No. 705952
  *Assistant Attorney General*
Office of the Attorney General
for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
Estefania.TorresPaez@dc.gov

*Counsel for the District of Columbia*


**AARON M. FREY**
  *Attorney General of Maine*

By: /s/ *Robert Martin*
Robert Martin*
  *Assistant Attorney General*
6 State House Station
Augusta, ME 04333
(207) 626-8579
Robert.Martin@maine.gov

*Counsel for the State of Maine*

4

| | |
|---|---|
| **ANTHONY G. BROWN**<br>    *Attorney General of Maryland*<br><br>By: */s/ Steven J. Goldstein*<br>Steven J. Goldstein*<br>    *Assistant Attorney General*<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place, 20th Floor<br>Baltimore, MD 21202<br>(410) 576-6414<br>sgoldstein@oag.state.md.us<br><br>*Counsel for the State of Maryland* | **DANA NESSEL**<br>    *Attorney General of Michigan*<br><br>By: */s/ Lucas Wollenzien*<br>Lucas Wollenzien*<br>Michael Moody*<br>    *Assistant Attorneys General*<br>Michigan Department of Attorney General<br>P.O. Box 30755<br>Lansing, MI 48909<br>(517) 335-7627<br>WollenzienL@michigan.gov<br>Moodym2@michigan.gov<br><br>*Counsel for the People of the State of Michigan* |
| **KEITH ELLISON**<br>    *Attorney General for the State of Minnesota*<br><br>By: */s/ Catherine Rios-Keating*<br>Catherine Rios-Keating*<br>    *Special Assistant Attorney General*<br>Environmental and Natural Resources Division<br>445 Minnesota Street, Suite 1800<br>Saint Paul, MN 55101<br>(651) 300-7302<br>Catherine.Rios-Keating@ag.state.mn.us<br><br>*Counsel for the State of Minnesota* | **MATTHEW J. PLATKIN**<br>    *Attorney General for the State of New Jersey*<br><br>By: */s/ Terel L. Klein*<br>Terel L. Klein*<br>    *Deputy Attorney General*<br>Office of the Attorney General<br>25 Market Street, 7th Floor<br>Trenton, NJ 08625<br>(609) 376-2818<br>Terel.Klein@law.njoag.gov<br><br>*Counsel for the State of New Jersey* |

**RAÚL TORREZ**
   *Attorney General of New Mexico*

By: */s/ William Grantham*
William Grantham*
   *Assistant Attorney General*
408 Galisteo Street
Santa Fe, NM 87501
(505) 717-3520
wgrantham@nmdoj.gov

*Counsel for the State of New Mexico*

**DAN RAYFIELD**
   *Attorney General of Oregon*

By: */s/ Paul Garrahan*
Paul Garrahan*
   *Attorney-in-Charge*
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

*Counsel for the State of Oregon*

**PETER F. NERONHA**
   *Attorney General of Rhode Island*

By: */s/ Nicholas M. Vaz*
Nicholas M. Vaz, BBO No. 693629
   *Special Assistant Attorney General*
Office of the Attorney General
Environmental and Energy Unit
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Counsel for the State of Rhode Island*

**NICHOLAS W. BROWN**
   *Attorney General of Washington*

By: */s/ Yuriy Korol*
Yuriy Korol*
   *Assistant Attorney General*
Washington Attorney General's Office
Environmental Protection Division
800 5th Ave Ste. 2000 TB-14
Seattle, WA 98104-3188
(206) 332-7098
Yuriy.Korol@atg.wa.gov

*Counsel for the State of Washington*

*\*admitted pro hac vice*

**CERTIFICATE OF SERVICE & RULE 7.1 CERTIFICATION**

I, Nathaniel Haviland-Markowitz, certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF). I further certify that counsel for Plaintiffs conferred with counsel for Defendants, who have indicated they plan to oppose this motion.

/s/ Nathaniel Haviland-Markowitz
Nathaniel Haviland-Markowitz, BBO No. 713940
Assistant Attorney General
Energy and Environment Bureau
Office of the Attorney General
Commonwealth of Massachusetts