UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al*,<br><br>Defendants. | No. 1:25-cv-11221-WGY |

**[PROPOSED] ORDER**

Having considered the filed Motions for Summary Judgment in this matter, it is this ___ day of _____, 2025, **ORDERED** that summary judgment is **GRANTED AS TO ALL PLAINTIFFS** and is **DENIED AS TO ALL DEFENDANTS.** It is **THEREFORE ORDERED** that all actions by Defendant agencies to adopt and implement section 2(a) of the Presidential Memorandum entitled *Temporary Withdrawal of All Areas on the Outer Continental Shelf from Offshore Wind Leasing and Review of the Federal Government's Leasing and Permitting Practices for Wind Projects*, 90 Fed. Reg. 8363 (Jan. 29, 2025), in whole or in part, to withhold or delay the issuance of new or renewed approvals, rights of way, permits, leases, or loans for onshore or offshore wind energy projects are **DECLARED** to be final agency actions that are "arbitrary and capricious" and "an abuse of discretion" under 5 U.S.C. § 706(2)(A); "without observance of procedure required by law" under 5 U.S.C. § 706(2)(D); and "not in accordance with law" and "in excess of statutory jurisdiction, authority, or limitations, or short of statutory right" under § 706(2)(A) and (C), and are hereby **OF NO EFFECT, VOID, ILLEGAL, SET ASIDE,** and **VACATED**. Judgment shall enter in favor of Plaintiffs on

Plaintiff States' Counts I and II and Plaintiff-Intervenor ACE NY's Counts I, II, and III. The Court retains jurisdiction to enforce this judgment.

_____
William G. Young
Judge, United States District Court