UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al*,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, *et al*,<br><br>Defendants. | Case No. 25-cv-11221 |

**SUPPLEMENTAL DECLARATION OF ELIZABETH J. BURDOCK,
PRESIDENT AND CEO, OCEANTIC NETWORK
IN SUPPORT OF ACE NY MOTION FOR SUMMARY JUDGMENT**

I, Elizabeth J. Burdock, pursuant to 28 U.S.C. § 1746, hereby declare that:

1. I serve as Chief Executive Officer and President of the Oceantic Network (formerly the Business Network for Offshore Wind), a globally respected nonprofit organization advancing offshore wind and building a robust domestic supply chain, and with membership reciprocal to ACE NY's membership. I am of the age of majority, am competent to make this declaration, and make this declaration based on my personal knowledge, investigation, and review of information in the possession of the Oceantic Network.

1

2.     I submit this declaration in support of ACE NY's motion for summary judgment. This declaration supplements the previous declaration I have provided in this case, incorporated herein by reference to avoid repetition. ECF 64. Where an exhibit from the previous declaration has been updated (Exhibit G, H, I, J), it is identified with the same exhibit letter as in the previous declaration. (To avoid repetition, only those exhibits that have been updated have been appended to this declaration.)

### Updated Impacts of Wind Directive on Offshore Wind Industry

3.     The Wind Directive continues to inject significant uncertainty into both individual projects and the market as a whole, resulting in a dramatic and immediate impact on the U.S. market and its suppliers. Without certainty of project advancement, investors have been and will be extremely wary to commit more funding to the U.S. including new vessel orders or infrastructure advancements. Additionally, suppliers, many of whom have significantly expanded their operations in preparation for long-term demand profiles, have lost and will continue to lose work and contracts as individual projects' development schedules are delayed. Finally, realized assets depending on a project pipeline of multiple years are at risk of being stranded.

4.     Oceantic database metrics immediately reflect a slowdown through the first two quarters of 2025 after the Wind Directive.



(Figure 1)



(Figure 2)

5.  Oceantic has only identified 17 new supply chain contracts from January 20 to July 1, 2025, i.e., those announced or signed after the Wind Directive **(Figure 1)**, mostly related to continuation of the Empire Wind 1 project following its sudden month-long stoppage in April and May 2025 that was unexplained other

3

than attribution to the Wind Directive.  This is, on average, 10 contracts per quarter.  By comparison, Oceantic identified an average of 58.25 new contracts quarterly in 2024 **(Figure 2)**.  This is a decrease of 82.8% **(Exhibit G - Contracts)**.

6. Oceantic has also continued to track supply chain investment trends, which tell the same story.



(Figure 3)



(Figure 4)

4

7. The quarterly average investments per annum demonstrates a near-exponential curve through 2024 up to an average of $2.7 billion per quarter; in 2025 **(Figure 3) (Figure 4)**, the quarterly average is just $23.7 million (**Exhibit H - Investments)**, a 99.1% decrease. A steadily growing industry—the kind exemplified by these data—does not shrink by these amounts organically. It must be from an external force, in this case, the Wind Directive.

8. New vessel orders at shipyards for wind projects have continued to decrease significantly with the evaporation of a wind project pipeline. Since the late 2010s, Oceantic has identified 61 new or retrofit vessel orders to serve the U.S. offshore wind industry from shipyards across 15 states, conservatively totaling $1.7 billion in shipyard activity **(Exhibit I – Vessels Launched) (Exhibit J – Vessels Ordered)**. (This number has been updated from the previous declaration to reflect newly discovered information about pre-existing orders, from before 2025, that have been added to the database. As an example, Crowley announced a new specialty-retrofitted barge that has been under construction since last year.) As described in my prior declaration (¶ 22), while shipyards are finishing some existing orders, Oceantic is aware of at most one new vessel order in 2025, worth approximately $12 million, which may have been contracted before the Wind Directive. This dramatic slowdown will lead to reduced shipyard payrolls, loss of domestic jobs and specialized workers, and potentially stranded vessel assets.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Baltimore, Maryland on August 8, 2025.

*Elizabeth J. Burdal*

**List of Exhibits**

**Exhibit G: Contracts**
**Exhibit H: Investments**
**Exhibit I: Vessels Launched**
**Exhibit J: Vessels Ordered**

# Exhibit G:

## Contracts







## Methodology/Notes

This data was compiled using Oceantic's Offshore Wind Market Dashboard (Dashboard), which has been tracking and recording data for the U.S. offshore wind industry since 2020. Information for Dashboard is gathered through three primary sources: 1) public articles or press releases, 2) direct member submissions, and 3) self-identification in Supply Chain Connect, Oceantic's open-source, free-to-use supplier database. Dashboard contains information on more than 2,300 contracts for the U.S. offshore wind industry.

Whenever possible, Oceantic aims to precisely identify the date of contract announcements, investments, or vessel launches. If the exact date is unavailable, the system defaults to identifying the year and quarter of the announcement. In cases where both are inaccessible, the date the contract was input into Dashboard is used, based on the rationale that a contract cannot be entered into Dashboard before it exists.

This dataset excludes two instances where suppliers submitted a bulk list of over 20 contracts at once. These bulk submissions are excluded to prevent skewing the timeline narrative.

# Exhibit H:

Investments



## Supply Chain Investments by Quarter



## Investments, Annual Quarterly Average



## Supply Chain Investments by Major Category

| | 2020 | 2021 | 2022 | 2023 | 2024 | Total (2014-2024) |
|---|---|---|---|---|---|---|
| Port Development | $729M | $572M | $705M | $855M | $2,248M | **$5,109M** |
| Supply Chain | $252M | $1,617M | $1,792M | $258M | $1,913M | **$5,832M** |
| Vessel Orders | $1,064M | $80M | $295M | $290M | - | **$1,729M** |
| Research | $9M | $98M | $60M | $96M | $111M | **$374M** |
| Workforce Development | $5M | $32M | $50M | $20M | $136M | **$243M** |
| Shared Transmission Upgrades | - | - | $1,321M | $4,535M | $5,803M | **$11,659M** |

# Exhibit I:

# Vessels Launched

# Vessels Launched



| Vessel Name | Type | New build or Retrofit | Date Launch | Shipyard | Shipyard Location | Owner |
|---|---|---|---|---|---|---|
| Michelle Foss | Tug | New build | 5/15/2015 | Foss Shipyard | | Foss Maritime |
| Atlantic Pioneer | Crew Transfer Vessel (CTV) | New build | 4/10/2016 | Blount Boats | Warren, RI | Atlantic Wind Transfers |
| GO Liberty | Offshore Supply Vessel (OSV) | Retrofit | 2018 | Master Boat Builders | Coden, AL | Guice Offshore |
| Gaspee | Crew Transfer Vessel (CTV) | Retrofit | 2020 | Colonna's Shipyard | Norfolk, VA | McAllister Towing |
| R/V Catapult | Survey Vessel | Retrofit | 2/4/2020 | | | Marine Imaging Technologies |
| Barge C455/8 | Barge | New build | 6/11/2020 | Gulf Copper | Port Arthur, TX | Crowley Marine Services |
| WindServe Odyssey | Crew Transfer Vessel (CTV) | New build | 7/16/2020 | Senesco Marine | North Kingstown, RI | WindServe Marine |
| Atlantic Endeavor | Crew Transfer Vessel (CTV) | New build | 12/26/2020 | Blount Boats | Warren, RI | Atlantic Wind Transfers |
| Capt Les Eldridge | Crew Transfer Vessel (CTV) | Retrofit | Early 2023 | Hornblower Shipyard | Bridgeport, CT | Coast Line Transfers LLC (CLT) |
| Marmac | Barge | Retrofit | Spring 2023 | | | Foss Maritime |
| Foss Prevailing Wind | Barge | Retrofit | Spring 2023 | | | Foss Maritime |
| Paul Candies (Retrofit) | Service Operation Vessel (SOV) | Retrofit | 2023 | Bollinger Shipyards | Houma, LA | Otto Candies, LLC |
| Cade Candies (Retrofit) | Service Operation Vessel (SOV) | Retrofit | 2023 | Bollinger Shipyards | Houma, LA | Otto Candies LLC |
| Northstar Navigator (Retrofit) | Service Operation Vessel (SOV) | Retrofit | 2023 | Eastern Shipbuilding Group | Panama City, FL | Northstar Marine Services |
| R/V Shackleford | Survey Vessel | New build | 5/15/2023 | All American Marine | Bellingham, WA | Geodynamics |
| WindServe Genesis | Crew Transfer Vessel (CTV) | New build | 7/21/2023 | Senesco Marine | North Kingstown, RI | WindServe Marine |
| Gateway Endeavor (Retrofit) | Crew Transfer Vessel (CTV) | Retrofit | 8/5/2023 | Hornblower Shipyard | Bridgeport, CT | MidOcean Wind LLC/ Hornblower Wind LLC |
| WindServe Journey | Crew Transfer Vessel (CTV) | New build | 11/9/2023 | Senesco Marine | North Kingstown, RI | WindServe Marine |
| WINDEA Courageous | Crew Transfer Vessel (CTV) | New build | 1/5/2024 | St. Johns Ship Building | Palatka, FL | MidOcean Wind LLC/ Hornblower Wind LLC |
| WINDEA Intrepid | Crew Transfer Vessel (CTV) | New build | 1/9/2024 | Gulf Craft | Franklin, LA | MidOcean Wind LLC/ Hornblower Wind LLC |
| Gripper | Crew Transfer Vessel (CTV) | New build | 2/21/2024 | Blount Boats | Warren, RI | American Offshore Services |
| WindServe Explorer | Crew Transfer Vessel (CTV) | New build | 3/25/2024 | Senesco Marine | North Kingstown, RI | WindServe Marine |
| ECO Edison | Service Operation Vessel (SOV) | New build | 5/10/2024 | North American Shipbuilding (ECO affiliate) | Houma, LA | Ørsted/Eversource Energy |
| Tee Ed | Mini Crew Transfer Vessel (mini-CTV) | New build | 5/10/2024 | Edison Chouest Offshore | Houma, LA | Ørsted/Eversource Energy |
| WINDEA Enterprise | Crew Transfer Vessel (CTV) | New build | 6/24/2024 | St. Johns Ship Building | Palatka, FL | MidOcean Wind LLC/ Hornblower Wind LLC |
| Generator | Crew Transfer Vessel (CTV) | New build | 6/28/2024 | Metal Shark Boats | Franklin, LA | American Offshore Services |
| WINDEA Ranger | Crew Transfer Vessel (CTV) | New build | 7/3/2024 | Breaux Brothers Enterprises | New Iberia, LA | MidOcean Wind LLC/ Hornblower Wind LLC |
| Atlantic Resolute | Crew Transfer Vessel (CTV) | New build | 7/8/2024 | St. Johns Ship Building | Palatka, FL | Atlantic Wind Transfers |
| Patriot Leader | Crew Transfer Vessel (CTV) | New build | 8/20/2024 | Gladding-Hearn Shipbuilding | Somerset, MA | Patriot Offshore Maritime Services LLC |
| WindServe Frontier | Crew Transfer Vessel (CTV) | New build | 8/21/2024 | Senesco Marine | North Kingstown, RI | WindServe Marine |
| Guarder | Crew Transfer Vessel (CTV) | New build | 10/30/2024 | Blount Boats | Warren, RI | American Offshore Services |
| WindServe Spartan | Crew Transfer Vessel (CTV) | New build | 12/2/2024 | Senesco Marine | North Kingstown, RI | WindServe Marine |
| Julie B | Barge | Retrofit | January 2025 | Fairleads Shipyard | Newport News, VA | Crowley Marine Services |
| Stevens 2502 barge | Barge | Retrofit | January 2025 | Stevens Shipyard | Hollywood, SC | Towing |
| R/V Northwind | Research Vessel | New build | 3/5/2025 | All American Marine | Bellingham, WA | Cal Poly Humboldt |
| WINDEA Reliance | Crew Transfer Vessel (CTV) | New build | 3/18/2025 | St. Johns Ship Building | Palatka, FL | MidOcean Wind LLC/ Hornblower Wind LLC |
| Atlantic Endurance | Crew Transfer Vessel (CTV) | New build | 4/18/25 | St. Johns Ship Building | Palatka, FL | Atlantic Wind Transfers |
| AOS Gamekeeper | Crew Transfer Vessel (CTV) | New build | 4/17/2025 | Metal Shark Boats | Franklin, LA | American Offshore Services |
| MARMAC 306 | Cable Lay Barge | Retrofit | June 2025 | LAD Services | Morgan City, LA | Crowley Marine Services |
| ECO Liberty | Service Operation Vessel (SOV) | New build | 6/29/2025 | Edison Chouest Shipyards | Houma, LA | Edison Chouest Offshore |
| ECO Liberty Daughter Craft | Mini Crew Transfer Vessel (mini-CTV) | New build | 6/29/2025 | Edison Chouest Shipyards | Houma, LA | Edison Chouest Offshore |
| Acadia | Subsea Rock Installation Vessel (SRIV) | New build | 7/23/2025 | Hanwha Philly Shipyard | Philadelphia, PA | Great Lakes Dredge & Dock |

# Exhibit J:

## Vessels Ordered

# Vessels Under Contruction, Ordered, and Announced



| Vessel Name | Type | New build or Retrofit | Est. Launch | Shipyard | Shipyard Location | Owner |
|---|---|---|---|---|---|---|
| Charybdis | Wind Turbine Installation Vessel (WTIV) | New build | 2025 | GustoMSC, Keppel AMFELS | Brownsville, TX | Dominion Energy |
| HAV 832 | Service Operation Vessel (SOV) | New build | 2025 | Fincantieri Bay Shipbuilding | Sturgeon Bay, WI | CREST Wind (Crowley/ESVAGT) |
| [Unnamed] HAV 832 Daughter Craft | Mini Crew Transfer Vessel (mini-CTV) | New build | 2025 | Derecktor Shipyards | Mamaroneck, NY | CREST Wind (Crowley/ESVAGT) |
| [Unnamed] Maersk/ECO Feeder Barge 1/2 | Barge | New build | 2026 | Bollinger Shipyards | Houma, LA | Edison Chouest Offshore |
| [Unnamed] Maersk/ECO Feeder Barge 2/2 | Barge | New build | 2026 | Bollinger Shipyards | Houma, LA | Edison Chouest Offshore |
| [Unnamed] Maersk/ECO Tug 1/2 | Tug | New build | 2026 | Bollinger Shipyards | Gulfport, MS | Edison Chouest Offshore |
| [Unnamed] Maersk/ECO Tug 2/2 | Tug | New build | 2026 | Bollinger Shipyards | Gulfport, MS | Edison Chouest Offshore |
| [Unnamed] Blount CTV 3/4 | Crew Transfer Vessel (CTV) | New build | | Blount Boats | Warren, RI | American Offshore Services |
| [Unnamed] AOS (Blount) CTV 4/4 | Crew Transfer Vessel (CTV) | New build | | Blount Boats | Warren, RI | American Offshore Services |
| [Unnamed] AWT CTV 3/6 | Crew Transfer Vessel (CTV) | New build | | | | Atlantic Wind Transfers |
| [Unnamed] AWT CTV 4/6 | Crew Transfer Vessel (CTV) | New build | | | | Atlantic Wind Transfers |
| [Unnamed] AWT CTV 5/6 | Crew Transfer Vessel (CTV) | New build | | | | Atlantic Wind Transfers |
| [Unnamed] AWT CTV 6/6 | Crew Transfer Vessel (CTV) | New build | | | | Atlantic Wind Transfers |
| [Unnamed] Empire Patriot CTV | Crew Transfer Vessel (CTV) | New build | | St Johns Ship Building | Palatka, FL | Patriot Offshore |
| [Unnamed] Mayflower/SouthCoast CTV | Crew Transfer Vessel (CTV) | New build | | Gladding-Hern Shipbuilding | Somerset, MA | |
| Kalypso CLV | Cable Laying Vessel (CLV) | New build | | | | Kalypso Offshore |
| Northstar Responder (Retrofit) | Offshore Supply Vessel (OSV) | Retrofit | | | | Northstar Marine Services |
| HOS Rocinante (Retrofit) | Service Operation Vessel (SOV) | Retrofit | | Eastern Shipbuilding Group | Panama City, FL | Hornbeck Offshore Services, Inc |
| [Unnamed] LCV | Light Construction Vessel (LCV) | Retrofit | | | | |