IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW YORK, *et al.*,

       Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

       Defendants.

Civil Action No. 1:25-cv-11221-WGY

### DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 65, Local Rule 7.1, and the Court's allowance of the Parties' Joint Motion to Amend Case Schedule, Dkts. 163-64, Defendants respectfully cross move for summary judgment on all remaining claims brought by Plaintiffs State of New York, *et al.*, and Intervenor Alliance for Clean Energy New York.

For the reasons stated in Defendants' forthcoming Memorandum in Support, Defendants are entitled to judgment as a matter of law and respectfully request that the Court grant their present cross motion and enter judgment in their favor.

Respectfully submitted this 8th day of August 2025.

                              **ADAM R. F. GUSTAFSON**

                              Acting Assistant Attorney General
                              U.S. Department of Justice
                              Environment & Natural Resources Division

                              */s/ Michael K. Robertson*

                              MICHAEL K. ROBERTSON
                              Trial Attorney (DC Bar No. 1017183)

U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202)-305-9609
Email: Michael.Robertson@usdoj.gov

ROBERT P. WILLIAMS
Senior Trial Attorney (DC Bar No. 474730)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0210 | Fax: (202) 305-0275
Email: robert.p.williams@usdoj.gov

KIERAN O'NEIL
Trial Attorney (AK Bar No. 2311132)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Tel: (202) 353-7548
Email: kieran.o'neil@usdoj.gov


*Attorneys for Federal Defendants*