UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-11221-WGY |

**CERTIFICATE OF RICHARD F. GRIFFIN, JR.**

In support of my application for admission *pro hac vice* in this matter, I, Richard F. Griffin, Jr., hereby certify that:

1. I am an attorney in the law firm Bredhoff & Kaiser, P.L.L.C. I represent the amici curiae Climate Jobs Massachusetts, Climate Jobs New York Education Fund, Climate Jobs Rhode Island, and Maine Labor Climate Coalition in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the District of Columbia, the U.S. District Court for the District of Columbia, the U.S. District Court for the Eastern District of Michigan, the U.S. Court of Appeals for the Third, Fourth, Fifth, Sixth, Eighth, Eleventh, and District of Columbia Circuits, and for the U.S. Supreme Court.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

August 5, 2025                                  Respectfully submitted,

/s/ Richard F. Griffin, Jr.
Richard F. Griffin, Jr.
BREDHOFF & KAISER, P.L.L.C.
805 15th Street NW, Suite 1000
Washington, D.C. 20005
Telephone: 202-842-2600
Facsimile: 202-842-1888
rgriffin@bredhoff.com