AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-11221-WGY |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

(see attached, next page) .

Date: 08/15/2025

*/s/ David S. Louk*
*Attorney's signature*

David S. Louk (Cal. SBN 304654)*
*Printed name and bar number*

San Francisco City Attorney's Office
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102
*Address*

David.Louk@sfcityatty.org
*E-mail address*

(415) 355-3314
*Telephone number*

(415) 437-4644
*FAX number*

*Authorized to practice pursuant to Local Rule 83.5.3.

*State of New York, et al. v. Donald J. Trump, et al.*
**1:25-cv-11221-WGY**

Notice of Appearance of Counsel **David S. Louk** for Amici Curiae:

San Francisco Public Utilities Commission

Marin Clean Energy

Redwood Coast Energy Authority

Brightline Defense Project

350 Humboldt

The Central Coast Alliance United for a Sustainable Economy

California Environmental Voters

Climate First: Replacing Oil & Gas

International Brotherhood of Electrical Workers Local 639

Offshore Wind California

Retired California Assemblymember Jordan Cunningham

## CERTIFICATE OF SERVICE

      I, CHRISTINE HOANG, hereby certify that I electronically filed the following document with the Clerk of the Court for the United States District Court for the District of Massachusetts by using the appellate CM/ECF system on August 15, 2025.

**NOTICE OF APPEARANCE OF COUNSEL**

      I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

      Executed August 15, 2025, at San Francisco, California.

*/s/ CHRISTINE HOANG*
CHRISTINE HOANG