# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,,<br><br>*Defendants*. | Case No : 1:25-cv-11221-WGY |

## MOTION FOR LEAVE FOR PETER TON TO APPEAR AND PARTICIPATE PRO HAC VICE

Pursuant to Local Rule 85.5.3, I, David Scott Louk, a member of the bar of this Court and counsel of record for *amici curiae* San Francisco Public Utilities Commission, Marin Clean Energy, Redwood Coast Energy Authority, Brightline Defense Project, 350 Humboldt, The Central Coast Alliance United for a Sustainable Economy, California Environmental Voters, Climate First: Replacing Oil & Gas, International Brotherhood of Electrical Workers Local 639, Offshore Wind California, and Retired California Assemblymember Jordan Cunningham, respectfully moves this Court for the admission pro hac vice of Peter Ton, to serve as counsel for Brightline Defense Project, 350 Humboldt, The Central Coast Alliance United for a Sustainable Economy, California Environmental Voters, Climate First: Replacing Oil & Gas, International Brotherhood of Electrical Workers Local 639, Offshore Wind California, and Retired California Assemblymember Jordan Cunningham in this matter.

As set forth in the accompanying certification, Peter Ton (1) is a member of good standing of the bar of every jurisdiction to which they have been admitted to practice; (2) is not subject to

disciplinary proceedings pending in any jurisdictions in which they are a member of the bar; (3) has not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

Dated: August 15, 2025            Respectfully submitted,

By: */s/ David S. Louk*
David S. Louk (BBO #304654)
San Francisco City Attorney's Office
1390 Market St, Fl 7
San Francisco, CA 94102-5406
(415) 355-3314
David.Louk@sfcityatty.org

*Counsel for Amici Curiae San Francisco Public Utilities Commission, Marin Clean Energy, and Redwood Coast Energy Authority, Brightline Defense Project, 350 Humboldt, The Central Coast Alliance United for a Sustainable Economy, California Environmental Voters, Climate First: Replacing Oil & Gas, International Brotherhood of Electrical Workers Local 639, Offshore Wind California, and Retired California Assemblymember Jordan Cunningham*

## CERTIFICATE OF SERVICE

      I, CHRISTINE HOANG, hereby certify that I electronically filed the following document with the Clerk of the Court for the United States District Court for the District of Massachusetts by using the appellate CM/ECF system on August 15, 2025.

### MOTION FOR LEAVE FOR PETER TON TO APPEAR AND PARTICIPATE PRO HAC VICE

      I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

      Executed August 15, 2025, at San Francisco, California.


                                               */s/  CHRISTINE HOANG*
                                                   CHRISTINE HOANG