UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et. al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*<br><br>        Defendants. | Case No.: 1:25-cv-11221-WGY |

**CERTIFICATION OF PETER TON IN SUPPORT OF MOTION
FOR LEAVE TO APPEAR AND PARTICIPATE PRO HAC VICE**

I, Peter Ton, certify as follows:

1. I am an Attorney at Ton Law P.C. and Special Counsel with proposed *amicus curiae* Brightline Defense Project.

2. My office is located at 2450 Potomac St, Oakland, CA 94602-3033. My office phone number is (510) 725-5318.

3. I am admitted to the California state bar, where my membership is active and in good standing. My California bar number is 232226.

4. I have never been disciplined, or the subject of any disciplinary proceeding, in any jurisdiction or before any court to which I have been admitted.

5. I have not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

7. If the Court grants the motion for me to appear *pro hac vice*, I will represent *amici*

*curiae* for Brightline Defense Project, 350 Humboldt, The Central Coast Alliance United for a Sustainable Economy, California Environmental Voters, Climate First: Replacing Oil & Gas, International Brotherhood of Electrical Workers Local 639, Offshore Wind California, and Retired California Assemblymember Jordan Cunningham in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  August 15, 2025                                          Respectfully Submitted,


                                                                 By: */s/ Peter Ton*