UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW YORK, *et al.*,

     *Plaintiffs,*

v.

DONALD J. TRUMP, *et al.*,

     *Defendants.*

No. 1:25-cv-11221

### MOTION FOR ADMISSION PRO HAC VICE OF VANESSA C. MORRISON

 Pursuant to Local Rule 83.5.3, I, Jon Whitney, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby moves the admission *pro hac vice* of Vanessa C. Morrison of the bar of California to serve as counsel for Plaintiff State of California in this matter.

 As set forth in the accompanying certification, Vanessa C. Morrison (1) is a member in good standing of the bar of every jurisdiction to which she been admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which she is a member of the bar, (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

 WHEREFORE, this Court should admit Vanessa C. Morrison *pro hac vice* to the bar of this Court.

| | |
|---|---|
| August 20, 2025 | Respectfully submitted. |
| | ANDREA JOY CAMPBELL<br>  ATTORNEY GENERAL OF MASSACHUSETTS |
| | /s/ *Jon Whitney*<br>Jon Whitney (BBO No. 694760)<br>  *Special Assistant Attorney General*<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 727-2200<br>jon.whitney@mass.gov |
| | *Counsel for the Commonwealth of*<br>  *Massachusetts* |