UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW YORK, *et al.*,

            *Plaintiffs*,

v.

DONALD TRUMP, *et al.*,

            *Defendants*.

No. 1:25-cv-11221

### **CERTIFICATE OF VANESSA C. MORRISON**

In support of my application for admission *pro hac vice* in this matter, I, Vanessa C. Morrison, hereby certify that:

1. I am a Supervising Deputy Attorney General in the California Office of the Attorney General. I represent the State of California in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of California; United States District Courts for the Northern District of California, the Central District of California, the Southern District of California; and United States Court of Appeals for the Ninth Circuit and the District of Columbia Court of Appeals.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

///

///

5.       I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

August 19, 2025

                                        /s/ *Vanessa C. Morrison*
                                        Vanessa C. Morrison
                                        Supervising Deputy Attorney General
                                        Environmental Justice & Protection Section
                                        Office of the Attorney General
                                        600 W Broadway Street
                                        San Diego, CA 92101