AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| State of New York, et. al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-11221 |
| Donald J. Trump, et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Maine .

Date: 08/21/2025

/s/ Caleb Elwell
*Attorney's signature*

Caleb E. Elwell, 006194
*Printed name and bar number*
6 State House Station
Augusta, Maine 04333

*Address*

caleb.elwell@maine.gov
*E-mail address*

(207) 626-8545
*Telephone number*

*FAX number*