AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| The State of New York, et. al.<br>*Plaintiff*<br>v.<br>Donald J. Trump, et al<br>*Defendant* | )<br>)<br>) Case No. 25-11221-WGY<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Climate Jobs NY.

Date: 08/21/2025

*Nicole Horberg Decter*
*Attorney Signature*

Nicole Horberg Decter -BBO# 658268
*Printed name and bar number*

33 Harrison Avenue, 7th Floor
Boston, Massachusetts 02111
*Address*

ndecter@segalroitman.com
*E-mail address*

(617) 742-0208
*Telephone number*

(617) 742-2187
*FAX number*