AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| The State of New York, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  25-11221-WGY |
| Donald J. Trump, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Climate Jobs Rhode Island                                                              .

Date:    08/21/2025

*Nicole Horberg Decter*
*Attorney Signature*

Nicole Horberg Decter -BBO# 658268
*Printed name and bar number*

33 Harrison Avenue, 7th Floor
Boston, Massachusetts 02111
*Address*

ndecter@segalroitman.com
*E-mail address*

(617) 742-0208
*Telephone number*

(617) 742-2187
*FAX number*