AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

State of New York, et al. )
*Plaintiff* )
v. ) Case No. 1:25-cv-11221
Donald J. Trump, et. al )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of California .

Date: 08/21/2025

*Vanessa Morrison*
*Attorney's signature*

Vanessa C. Morrison
*Printed name and bar number*
Office of the Attorney General
600 W broadway Street
San Diego, CA 92101

*Address*

vanessa.morrison@doj.ca.gov
*E-mail address*

(619) 738-9447
*Telephone number*

*FAX number*