## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW YORK, et al.,

               Plaintiffs,

      v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

               Defendants.

No. 25-cv-11221-WGY

### PLAINTIFF STATES' NOTICE OF SUPPLEMENTAL DECLARATIONS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

The States submit this notice and attached declarations to alert the Court to another stop-work order issued by BOEM in reliance on the Wind Directive—this time, to stop work on the more than 80% complete Revolution Wind project. This stoppage—which, like the Empire Wind stop-work order described in the States' First Amended Complaint, ECF No. 141 ¶¶ 155–56—cites the Wind Directive as its primary basis even though, like Empire, the project was already fully permitted. Defendants oppose this filing.

The attached declarations further support the standing of Connecticut and Rhode Island, whose harms from delay or loss of planned projects include delay or loss of the ability to plan for reliable and affordable energy and implement their energy and climate policies, jeopardized investments in wind-energy-related infrastructure, and delayed or lost greenhouse-gas-emission reductions, as outlined in ECF 174-12 [CT-Dykes], and ECF 174-18 [RI-Kearns]. Indeed, ISO-NE, the regional grid operator, has said that "delaying the project will increase risks to reliability." ISO Newswire, *ISO-NE statement on Revolution Wind stop work order*, Aug. 25, 2025, ttps://tinyurl.com/3fa9fukm. The Revolution stop-work order provides another example of the

harmful effects of Defendants' arbitrary decision to adopt and implement the Wind Directive to stop wind-energy development in our States. And it underscores the importance of prompt vacatur of that decision to enable projects in and beyond the permitting pipeline to proceed toward development.

Respectfully submitted,                                        Dated: August 28, 2025


**LETITIA JAMES**
  *Attorney General of New York*

By: */s/ Michael J. Myers*
Michael J. Myers*
  *Senior Counsel*
Laura Mirman-Heslin*
Rene F. Hertzog*
Joya C. Sonnenfeldt*
  *Assistant Attorneys General*
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2382
Michael.Myers@ag.ny.gov


*Counsel for the State of New York*

**ANDREA JOY CAMPBELL**
  *Attorney General of Massachusetts*

By: */s/ Turner H. Smith*
Turner H. Smith, BBO No. 684750
  *Assistant Attorney General & Deputy Chief*
Nathaniel Haviland-Markowitz, BBO No. 713940
  *Assistant Attorney General*
Jonathan Whitney, BBO No. 694760
  *Special Assistant Attorney General*
Energy and Environment Bureau
Office of the Attorney General
1 Ashburton Pl.
Boston, MA  02108
(617) 963-2277
Turner.Smith@mass.gov


*Counsel for the Commonwealth of Massachusetts*

**KRISTIN K. MAYES**
   *Attorney General of Arizona*

By: */s/ Mary M. Curtin*
Mary M. Curtin*
   *Senior Litigation Counsel*
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333
Mary.Curtin@azag.gov

*Counsel for the State of Arizona*

**ROB BONTA**
   *Attorney General of California*

By: */s/ Kate M. Hammond*
Kate M. Hammond*
   *Deputy Attorney General*
Jamie Jefferson*
   *Deputy Attorney General*
Vanessa Morrison*
   *Supervising Deputy Attorney General*
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 269-6531
Kate.Hammond@doj.ca.gov
Jamie.Jefferson@doj.ca.gov
Vanessa.Morrison@doj.ca.gov

*Counsel for the State of California*

**PHILIP J. WEISER**
   *Attorney General of Colorado*

By: */s/ Carrie Noteboom*
Carrie Noteboom*
   *Assistant Deputy Attorney General*
Jessica L. Lowrey*
   *First Assistant Attorney General*
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6288 (Noteboom)
(720) 508-6167 (Lowrey)
Carrie.Noteboom@coag.gov
Jessica.Lowrey@coag.gov
FAX: (720) 508-6040

*Counsel for the State of Colorado*

**WILLIAM TONG**
   *Attorney General of Connecticut*

By: */s/ Jill Lacedonia*
Jill Lacedonia*
   *Assistant Attorney General*
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5250
Jill.Lacedonia@ct.gov

*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
  *Attorney General of Delaware*

By: */s/ Ian R. Liston*
Ian R. Liston*
  *Director of Impact Litigation*
Vanessa L. Kassab*
  *Deputy Attorney General*
Ralph Durstein III*
  *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Ian.Liston@delaware.gov

*Counsel for the State of Delaware*

**BRIAN L. SCHWALB**
  *Attorney General of the District of Columbia*

By: */s/ Estefania Y. Torres Paez*
Estefania Y. Torres Paez, BBO No. 705952
  *Assistant Attorney General*
Office of the Attorney General
for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
Estefania.TorresPaez@dc.gov

*Counsel for the District of Columbia*

**KWAME RAOUL**
  *Attorney General of Illinois*

By: */s/ Jason E. James*
Jason E. James*
  *Assistant Attorney General*
Office of the Attorney General
Environmental Bureau
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
(217) 843-0322
Jason.James@ilag.gov

*Counsel for the State of Illinois*

**AARON M. FREY**
  *Attorney General of Maine*

By: */s/ Caleb E. Elwell*
Caleb E. Elwell*
  *Assistant Attorney General*
6 State House Station
Augusta, ME 04333
(207) 626-8545
Caleb.Elwell@maine.gov

*Counsel for the State of Maine*

**ANTHONY G. BROWN**
  *Attorney General of Maryland*

By: */s/ Steven J. Goldstein*
Steven J. Goldstein*
  *Assistant Attorney General*
Office of the Attorney General of Maryland
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6414
sgoldstein@oag.state.md.us

*Counsel for the State of Maryland*


**KEITH ELLISON**
  *Attorney General for the State of Minnesota*

By: */s/* Catherine Rios-Keating
Catherine Rios-Keating*
  *Special Assistant Attorney General*
Environmental and Natural
Resources Division
445 Minnesota Street, Suite 1800
Saint Paul, MN 55101
(651) 300-7302
Catherine.Rios-Keating@ag.state.mn.us

*Counsel for Plaintiff State of Minnesota*

**RAÚL TORREZ**
  *Attorney General of New Mexico*

By: */s/ William Grantham*
William Grantham*
  *Assistant Attorney General*
408 Galisteo Street
Santa Fe, NM 87501
(505) 717-3520
wgrantham@nmdoj.gov

*Counsel for the State of New Mexico*

**DANA NESSEL**
  *Attorney General of Michigan*

By: */s/ Lucas Wollenzien*
Lucas Wollenzien*
Michael Moody*
  *Assistant Attorneys General*
Michigan Department of Attorney General
P.O. Box 30755
Lansing, MI 48909
(517) 335-7627
WollenzienL@michigan.gov
Moodym2@michigan.gov

*Counsel for the People of the State of Michigan*


**MATTHEW J. PLATKIN**
  *Attorney General for the State of New Jersey*

By: */s/ Terel L. Klein*
Terel L. Klein*
  *Deputy Attorney General*
Office of the Attorney General
25 Market Street, 7th Floor
Trenton, NJ 08625
(609) 376-2818
Terel.Klein@law.njoag.gov

*Counsel for the State of New Jersey*


**DAN RAYFIELD**
  *Attorney General of Oregon*

By: */s/ Paul Garrahan*
Paul Garrahan*
  *Attorney-in-Charge*
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

*Counsel for the State of Oregon*

**PETER F. NERONHA**
   *Attorney General of Rhode Island*

By: */s/ Nicholas M. Vaz*
Nicholas M. Vaz, BBO No. 693629
   *Special Assistant Attorney General*
Office of the Attorney General
Environmental and Energy Unit
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Counsel for the State of Rhode Island*

**NICHOLAS W. BROWN**
   *Attorney General of Washington*

By: */s/ Yuriy Korol*
Yuriy Korol*
   *Assistant Attorney General*
Washington Attorney General's Office
Environmental Protection Division
800 5th Ave Ste. 2000 TB-14
Seattle, WA 98104-3188
(206) 332-7098
Yuriy.Korol@atg.wa.gov

*Counsel for the State of Washington*

*admitted pro hac vice*

## **CERTIFICATE OF SERVICE & RULE 7.1 CERTIFICATION**

I, Nathaniel Haviland-Markowitz, certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing. Parties may access this filing through the Court's electronic system. Plaintiffs have conferred with Defendants and they oppose this filing.

**/s/ Nathaniel Haviland-Markowitz**
Nathaniel Haviland-Markowitz