# Exhibit 1



United States Department of the Interior

BUREAU OF OCEAN ENERGY MANAGEMENT
WASHINGTON, DC 20240-0001

Director's Order
August 22, 2025

Rob Keiser
Head of Asset Management
Orsted North America Inc.
399 Boylston Street, 12th Floor
Boston, MA 02116

Dear Mr. Keiser,

The Bureau of Ocean Energy Management (BOEM) is issuing this Director's Order to Revolution Wind, LLC to halt all ongoing activities related to the Revolution Wind Project on the outer continental shelf (OCS) to allow time for it to address concerns that have arisen during the review that the Department is undertaking pursuant to the President's Memorandum of January 20, 2025. 90 Fed. Reg. 8363 (January 29, 2025).

BOEM is acting to ensure that all activities authorized under the Outer Continental Shelf Lands Act, 43 U.S.C. §§ 1331 *et seq*., and the implementing regulations at 30 C.F.R. Part 585 are carried out in a manner that provides for protection of the environment, among other requirements. 43 U.S.C. § 1337(p)(4); 30 C.F.R. § 585.102(a). In particular, BOEM is seeking to address concerns related to the protection of national security interests of the United States and prevention of interference with reasonable uses of the exclusive economic zone, the high seas, and the territorial seas, as described in that subsection of OCSLA. *Id*. The BOEM Director is taking this action to ensure compliance with the requirements of the Part 585 regulations and applicable law.

You may not resume activities until BOEM informs you that BOEM has completed its necessary review. If you fail to comply with the terms of this order, BOEM may take additional corrective action as appropriate. 30 C.F.R. § 585.106(a).  This order applies only to activities on the OCS. It does not apply to activities that are necessary to respond to emergency situations; to prevent impacts to health, safety and the environment; or to comply with the conditions of approval, including any conditions associated with the Biological Opinions for the project.

Pursuant to 30 C.F.R. § 585.118, you may appeal this determination. If you elect to file an appeal under 30 C.F.R. § 590.4, your Notice of Appeal must be filed with this office and served on the Associate Solicitor, Division of Mineral Resources, within 60 days of receipt of this letter (see 43 C.F.R. § 4.413). If you file an appeal, please send a courtesy copy of the Notice of Appeal via e-mail to the contact e-mail address provided below.



**United States Department of the Interior**

BUREAU OF OCEAN ENERGY MANAGEMENT
WASHINGTON, DC 20240-0001

If you have any questions, please contact David Diamond, Deputy Associate Director for Operations, Office of Renewable Energy Programs, at (703) 787-1660 or David.diamond@boem.gov.

Sincerely,

MATTHEW GIACONA
Digitally signed by MATTHEW GIACONA
Date: 2025.08.22 13:22:20 -04'00'

Matthew N. Giacona
Acting Director