AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-11221 |
| | ) | |
| Donald J. Trump, et al. | ) | |
| *Defendant* | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

*Amicus Curiae* Brightline Defense Project, 350 Humboldt, The Central Coast Alliance United for a Sustainable Economy, California Environmental Voters, Climate First: Replacing Oil & Gas, International Brotherhood of Electrical Workers Local 639, Offshore Wind California, and Retired California Assemblymember Jordan Cunningham.

Date:   9/11/2025

*/s/ Peter Ton*
*Attorney's signature*

Peter Ton (CA Bar No. 232226)
*Printed name and bar number*

2450 Potomac St, Oakland, CA 94602-3033
*Address*

peter@tonlawpc.com
*E-mail address*

(510)725-5318
*Telephone number*

*FAX number*