AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of New York, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-11221-WGY |
| Donald J. Trump, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Amici Curiae Climate Jobs Massachusetts ("CJMA"), Climate Jobs New York Education Fund ("CJNYEF"), Climate Jobs Rhode Island ("CJRI"), and Maine Labor Climate Council ("MLCC").

Date: 09/12/2025

/s/ Richard F. Griffin, Jr.
*Attorney's signature*

Richard F. Griffin, Jr. (D.C. Bar # 358323)
*Printed name and bar number*

BREDHOFF & KAISER, P.L.L.C.
805 15th Street NW, Suite 1000
Washington, D.C. 20005
*Address*

rgriffin@bredhoff.com
*E-mail address*

(202) 842-2600
*Telephone number*

(202) 842-1888
*FAX number*