IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-11221-PBS |

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Defendants in the above-captioned matter, through counsel of record, appeal to the United States Court of Appeals for the First Circuit from the District Court's Judgment entered on December 18, 2025, (Dkt. 240), and all adverse rulings incorporated in or ancillary to that judgment, including the Memorandum and Order dated December 8, 2025, (Dkt. 234) and the Memorandum and Order dated July 3, 2025, (Dkt. 162).

Respectfully submitted this 17th day of February 2026.

**ADAM R. F. GUSTAFSON**
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

 */s/ Michael K. Robertson*
MICHAEL K. ROBERTSON
Trial Attorney (DC Bar No. 1017183)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE

1

Washington, DC 20002
Tel: (202)-305-9609
Email: Michael.Robertson@usdoj.gov

*Attorney for Federal Defendants*