# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:  State of New York et al v. Trump et al

District Court Number:  25cv11221-PBS

Fee:  Paid?  Yes _____  No _____  Government filer _X_  *In Forma Pauperis* Yes _____  No _____

Motions Pending  Yes _____ No _X_       Sealed documents  Yes _____ No _X_
*If yes, document #* _____       *If yes, document #* _____

*Ex parte* documents  Yes _____ No _X_       Transcripts  Yes _X_ No _____
*If yes, document #* _____       *If yes, document #* 142,159,215,232,237

Notice of Appeal filed by: Plaintiff/Petitioner _____  Defendant/Respondent _X_  Other: _____

Appeal from:

#162 Memorandum and Order, #234 Memorandum and Order, #240 Judgment
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#162, #234, #240, and #241
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # ___241___ filed on February 17, 2026 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 17, 2026 .

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**